2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CARLOS RUBINSTEIN § | |
|     Plaintiff § | |
| § | |
| vs. § | |
| § | |
| CITY OF BROWNSVILLE, TEXAS § | Cause No.: B-00-169 |
| & CITY COMMISSIONERS § | |
| ERNIE HERNANDEZ, CARLTON "BUD" § | |
| RICHARDS, & HARRY MCNAIR, § | |
| Individually & Officially § | |
|     Defendants § | |

**CERTIFICATE OF INTERESTED PARTIES AND COUNSEL OF RECORD**

May it Please the Court:

Pursuant to LR 81, the CITY OF BROWNSVILLE, TEXAS, and COMMISSIONERS HERNANDEZ, RICHARDS, & MCNAIR, individually and officially, hereafter "CITY DEFENDANTS" file this their List of Parties and Counsel of Record:

1. Mr. Ed McAninch
   State Bar No. 13325050
   507 Fall River Road
   Houston, Texas 77024
   713/461-8619 (gen)
   713/827-8920 (fax)
   **COUNSEL FOR PLAINTIFF, CARLOS RUBINSTEIN**

2. Mr. Ricardo J. Navarro
   State Bar No. 14829100
   So. Dist. ID No. 5953
   Mr. Mauro F. Ruiz
   State Bar No. 24007960
   So. Dist No. 5953.
   Bank of America Building
   222 E. Van Buren, Ste. 405
   Harlingen, Texas 78550
   (956) 421-4904 (Tel)
   (956) 421-3621 (Fax)

EXHIBIT "D"

COUNSEL FOR DEFENDANTS, CITY OF BROWNSVILLE, and COMMISSIONERS HERNANDEZ, RICHARDS & MCNAIR, INDIVIDUALLY AND OFFICIALLY

SIGNED on this 23rd day of October 2000.

Respectfully submitted,

**DENTON, McKAMIE & NAVARRO**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar. No. 24007960
So. Dist No. 5953.

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 23rd day of October, 2000.

Mr. Ed McAninch                By CMRRR NO. 7000 1670 0000 0475 3017
LAW OFFICES OF EDWIN L. MCANINCH, P.C.
507 Fall River Road
Houston, Texas 77024
COUNSEL FOR PLAINTIFF

_____
RICARDO J. NAVARRO
MAURO F. RUIZ