| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

3

| | | |
|---|---|---|
| Recusal Order | CASE NUMBER | CA. No. B-00-169 |
| STYLE | Carlos Rubenstein vs. City of Brownsville, Texas, et al. | |
| Order | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk *[signature]*

Signed:

Filemon B. Vela *[signature]*

United States District Judge

Date: 11-2-00

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | **Hilda G. Tagle** |
| | MICHAEL N. MILBY<br>United States District Clerk |
| | By: *[signature]*<br>Deputy Clerk |