5

United States District Court
Southern District of Texas
FILED

NOV 0 7 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF BROWNSVILLE, TEXAS | § | Cause No.: B-00-169 |
| & CITY COMMISSIONERS | § | |
| ERNIE HERNANDEZ, CARLTON "BUD" | § | |
| RICHARDS, & HARRY MCNAIR, | § | |
| Individually & Officially | § | |
|     Defendants | § | |

## CITY DEFENDANTS' ADVISORY TO THE COURT REGARDING ACTION BY EEOC ON PLAINTIFF'S ADMINISTRATIVE CHARGE

May It Please the Court:

NOW COMES the CITY OF BROWNSVILLE, TEXAS, and COMMISSIONERS HERNANDEZ, RICHARDS, & MCNAIR, individually and officially (hereafter "CITY DEFENDANTS") in the above-styled and numbered cause, and file this Advisory in further support of the basis of removal of this action to U.S. District Court.

Attached as Exhibit "A" to this Advisory is a true and correct copy of the "Dismissal and Notice of Rights" issued to Plaintiff Carlos Rubinstein from the Equal Employment Opportunity Commision (hereafter "EEOC") on October 31, 2000.

As reflected in the Notice of Removal filed by the CITY DEFENDANTS, the basis of removal was the receipt by the CITY OF BROWNSVILLE of a Notice of Charge of Discrimination filed with the EEOC by Plaintiff Carlos Rubinstein.

City Defendants' Advisory to the Court                                                          Page 1

In connection with the Notice of Charge of Discrimination, the EEOC requested that the CITY OF BROWNSVILLE provide a "Position Statement" to the EEOC in furtherance of its administrative investigation. The CITY OF BROWNSVILLE, as part of its Position Statement, apprized the EEOC that the subject matter of the EEOC charge was already in litigation in state district court and provided the EEOC with a copy of Plaintiff's Original Petition.

Subsequently, the EEOC issued the attached "Dismissal and Notice of Rights," as indicated.

## CONCLUSION

THEREFORE, CITY DEFENDANTS hereby apprize the Court of the final administrative action taken by the EEOC with regard to Plaintiff's administrative charges before this federal agency.

SIGNED on this 7th day of November 2000.

Respectfully submitted,

**DENTON, McKAMIE & NAVARRO**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: *[signature]*
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 7th day of November, 2000.

Mr. Ed McAninch    **By CMRRR NO. 7000 1670 0000 0475 2881**
LAW OFFICES OF EDWIN L. MCANINCH, P.C.
507 Fall River Road
Houston, Texas 77024
COUNSEL FOR PLAINTIFF

_____
RICARDO J. NAVARRO
MAURO F. RUIZ

r:\rubenstein\removal-1.fed

City Defendants' Advisory to the Court                                                                 Page 3

EEOC Form 161 (10/96)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Carlos Rubinstein  
1570 Capistrano Drive  
Brownsville, Tx. 78526

From: Equal Employment Opportunity Commission  
San Antonio District Office  
5410 Fredericksburg Rd. Suite 200  
San Antonio, Tx 78229

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 360 A0 2016 | GUILLERMO ZAMORA, SUPV. | 210/281-7603 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)   Charging Party is in a court of competent jurisdiction regarding the same issues and basis.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_Pedro Esquivel, Director_      10/31/00

Enclosure(s)                                                               (Date Mailed)

cc:   Brownsville ( city of )

RECEIVED NOV 0 4 2000

EXHIBIT "A"