

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CARLOS RUBINSTEIN & | |
| & | |
| VS. & | |
| & | |
| THE CITY OF BROWNSVILLE, TEXAS, & | |
| ERNIE HERNANDEZ, JR., CARLTON J.& | C.A. NO.: B-00-169 |
| "BUD" RICHARDS, HARRY E. MCNAIR,& | |
| JR., IN THEIR INDIVIDUAL & | |
| CAPACITIES AND OFFICIAL & | |
| CAPACITIES AS CITY COMMISSIONERS& | |
| FOR THE CITY OF BROWNSVILLE & | |

## PLAINTIFF'S LIST OF ALL ENTITIES THAT ARE FINANCIALLY INTERESTED IN THIS LITIGATION, (SUBJECT TO A MOTION TO REMAND)

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, **CARLOS RUBINSTEIN**, Plaintiff in the above-styled and numbered cause of action, and files this **Plaintiff's List of all Entities that are Financially Interested in this Litigation (Subject to a Motion to Remand)** pursuant to the Order Setting Conference entered on November 2, 2000 in the above-styled and numbered cause of action, and would show the Court the following:

I.

1.01 Plaintiff **CARLOS RUBINSTEIN**, hereby complies with the Court's order and provides the following list pursuant to Item No. 2 of the Order Setting Conference which states as follows:

> 2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

1.02 Plaintiff **CARLOS RUBINSTEIN** hereby lists all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations, subject to a **Motion to Remand** as follows:

a.  Carlos Rubinstein
    1570 Capistrano
    Brownsville, Texas  78520

b.  City of Brownsville, Texas
    City Hall
    East 12th Street and Market Square
    Brownsville, Texas  78520

c.  City Commissioner Ernie Hernandez, Jr.
    205 Paredes Line Road
    Brownsville, Texas, 78521

d.  Carlton J. (Bud) Richards; and
    17 Casa Linda
    Brownsville, Texas  78521

e.  Harry E. McNair, Jr.
    730 East Fronton
    Brownsville, Texas  78520

f.  Edwin L. McAninch
    **LAW OFFICES OF EDWIN L. MCANINCH, P.C.**
    507 Fall River Road
    Houston, Texas  77024-5613

g.  Ernesto Gamez, Jr.
    **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**
    777 E. Harrison Street
    Brownsville, Texas  78520

1.03 Plaintiff **CARLOS RUBINSTEIN** further shows the Court that Plaintiff's counsel intend to file a **Motion to Remand** that is due on or about November 22, 2000. Plaintiff does not, in any way, waive his right to file a **Motion to Remand**. Plaintiff provides the Court with the aforementioned list of entities that are financially interested in this litigation pursuant to Item No. 2 of the Order Setting Conference.

Respectfully submitted,

LAW OFFICES OF
EDWIN L. MCANINCH, P.C.
507 Fall River Road
Houston, Texas 77024-5613
Telephone No. (713) 461-8619
Facsimile No. (713) 827-8920

BY: *Ed McAninch*
_____
EDWIN L. MCANINCH
State Bar No. 13325050
Federal Id. No. 4892

ATTORNEY-IN-CHARGE FOR PLAINTIFF CARLOS RUBINSTEIN

### CERTIFICATE OF SERVICE

I, **ED MCANINCH**, hereby certify that on this 17TH day of November, 2000, a true and correct copy of the above foregoing **Plaintiff's List of All Entities that are Financially Interested in this Litigation, Subject to a Motion to Remand** was served Via First Class Mail in accordance with the Texas Rules of Civil Procedure to Hon. Ricardo J. Navarro and Hon. Mauro F. Ruiz, Bank of America Building, 222 E. Van Buren, Suite 405, Harlingen, Texas, 78550.

*Ed McAninch*
_____
ED MCANINCH

3