

```
            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

NOV 22 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF BROWNSVILLE, TEXAS | § | Cause No.: B-00-169 |
| & CITY COMMISSIONERS | § | |
| ERNIE HERNANDEZ, CARLTON "BUD" | § | |
| RICHARDS, & HARRY MCNAIR, | § | |
| Individually & Officially | § | |
|     Defendants | § | |

## FIRST AMENDED CERTIFICATE OF INTERESTED PARTIES AND COUNSEL OF RECORD

May it Please the Court:

Pursuant to LR 81, the CITY OF BROWNSVILLE, TEXAS, and COMMISSIONERS HERNANDEZ, RICHARDS, & MCNAIR, individually and officially, hereafter "CITY DEFENDANTS" file this their List of Parties and Counsel of Record:

A. Parties

    1. Carlos Rubenstein
       1570 Capistrano
       Brownsville, Texas 78520

    2. City of Brownsville, Texas
       City Hall
       East 12th Street And Market Square
       Brownsville, Texas 78520

    3. City Commissioner Ernie Hernandez, Jr.
       205 Paredes Line Rd.
       Brownsville, Texas 78520

    4. Carlton J. "Bud" Richards
       17 Casa Linda
       Brownsville, Texas 78521

    5.   Harry E. McNair, Jr.
        730 East Fronton
        Brownsville, Texas 78520

B.  Counsel

   1.   Mr. Ed McAninch
       State Bar No. 13325050
       507 Fall River Road
       Houston, Texas 77024
       713/461-8619 (gen)
       713/827-8920 (fax)
       COUNSEL FOR PLAINTIFF, CARLOS RUBINSTEIN

   2.   Mr. Ernesto Gamez
       Law Offices of Ernesto Gamez, P.C.
       777 E. Harrison Street
       Brownsville, Texas 78520

   3.   Mr. Ricardo J. Navarro
       State Bar No. 14829100
       So. Dist. ID No. 5953
       Mr. Mauro F. Ruiz
       State Bar No. 24007960
       So. Dist No. 5953.
       Bank of America Building
       222 E. Van Buren, Ste. 405
       Harlingen, Texas 78550
       (956) 421-4904 (Tel)
       (956) 421-3621 (Fax)
       **COUNSEL FOR DEFENDANTS, CITY OF BROWNSVILLE, and COMMISSIONERS HERNANDEZ, RICHARDS & MCNAIR, INDIVIDUALLY AND OFFICIALLY**

SIGNED on this \_\_\_\_ day of November 2000.

                Respectfully submitted,

                **DENTON, McKAMIE & NAVARRO**
                A Professional Corporation
                Bank of America Building
                222 East Van Buren, Suite 405
                Harlingen, Texas 78550
                956/421-4904
                956/421-3621 (Fax)

ClibPDF - www.fastio.com

By: _____
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar. No. 24007960
So. Dist No. 5953.

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 20th day of October, 2000.

Mr. Ed McAninch          **By CMRRR No. 7000 1670 0000 0474 7344**
LAW OFFICES OF EDWIN L. MCANINCH, P.C.
507 Fall River Road
Houston, Texas 77024
COUNSEL FOR PLAINTIFF

_____
RICARDO J. NAVARRO
MAURO F. RUIZ