11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CARLOS RUBINSTEIN | & |
| | & |
| VS. | & |
| | & |
| THE CITY OF BROWNSVILLE, TEXAS, | & |
| ERNIE HERNANDEZ, JR., CARLTON J. | &   CIVIL ACTION NO. B-00-169 |
| "BUD" RICHARDS, HARRY E. MCNAIR, | & |
| JR., IN THEIR INDIVIDUAL | & |
| CAPACITIES AND OFFICIAL | & |
| CAPACITIES AS CITY COMMISSIONERS | & |
| FOR THE CITY OF BROWNSVILLE | & |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

## TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, CARLOS RUBINSTEIN.**, Plaintiff in the above-styled and numbered civil action, and moves for leave to file Plaintiff's First Amended Original Complaint, and in support thereof, would show the Court the following:

I.

1.01    The filing of Plaintiff's First Amended Original Complaint will neither cause surprise or harm on Defendants as said Amended Complaint contains new allegations as to the Plaintiff's civil rights allegations for discrimination. Furthermore, the filing of Plaintiff's First Amended Original Complaint will not cause Defendants undue prejudice or undue delay in litigating this civil action.

### PRAYER

**WHEREFORE PREMISES CONSIDERED**, Plaintiff requests that this Court enter an Order Granting Leave to file Plaintiff's First Amended Original Complaint.

Respectfully submitted,

*Ed McAninch*
_____
ED MCANINCH
Federal Id No. 4892
State Bar No. 13325050
440 Louisiana, Suite 2300
Houston, Texas 77002
VIA TELEPHONE NO. (713) 223-1000
VIA FACSIMILE NO. (713) 222-6903

**ATTORNEY FOR PLAINTIFF
CARLOS RUBINSTEIN**

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Leave was sent via certified mail return receipt requested to Defendants attorney in charge on this the 1st day of February, 2001.

*Ed McAninch*
_____
Ed McAninch

2