# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

*13*

**FEB 0 8 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

*CARLOS Rubenstein*

Vs.

*The City of Brownsville, Tx.*

*Civil*
## ACTION NO. *B-00-169*

## ORDER STRIKING FILINGS

**BE IT REMEMBERED, that on** _____, **the Court STRUCK the filing**

entitled *Motion For Leave To File Plyf-*
*1st Amd. Complaint* _____because it did not comply with one or

more of the following Local Rules:

1. _____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. _____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. _____ One or more of the following are not included beneath the attorney's signature:
   (a)     state bar number; or
   (b)     Southern District of Texas Federal Bar Number; or
   (c)     office address including zip code; or
   (d)     telephone and facsimile numbers with area codes (LR 11.3(A)).

4. _____ A copy of the filing was not provided (LR 5.2).

5. _____ No certificate of service, or an explanation why service is not required (LR 5.4,CrLR 12.4).

6. ✓ No certificate of **conference**, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.l (D),CrLR12.2).

7. _____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2,CrLR 12.2).

8. ✓ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

**DONE at Brownsville, Texas , this** *6th* **day of** *February, 2001.*

*Hilda Tagle*

**Hilda G. Tagle**
**United States District Judge**