*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CARLOS RUBINSTEIN | & |
| | & |
| VS. | & |
| | & |
| THE CITY OF BROWNSVILLE, TEXAS, | & |
| ERNIE HERNANDEZ, JR., CARLTON J. | &  CIVIL ACTION NO. B-00-169 |
| "BUD" RICHARDS, HARRY E. MCNAIR, | & |
| JR., IN THEIR INDIVIDUAL | & |
| CAPACITIES AND OFFICIAL | & |
| CAPACITIES AS CITY COMMISSIONERS | & |
| FOR THE CITY OF BROWNSVILLE | & |

**PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT**

## TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, CARLOS RUBINSTEIN.**, Plaintiff in the above-styled and numbered civil action, and files this Unopposed Amended Motion for Leave to File Plaintiff's Second Amended Original Complaint and in support thereof, would show the Court the following:

### I.

1.01　The filing of Plaintiff's Second Amended Original Complaint will neither cause surprise or harm on Defendants as said Amended Complaint contains new allegations as to the Plaintiff's civil rights allegations for discrimination. Furthermore, the filing of Plaintiff's First Amended Original Complaint will not cause Defendants undue prejudice or undue delay in litigating this civil action.

1.02　Defendants are not opposed to the filing of this Motion.

### PRAYER

**WHEREFORE PREMISES CONSIDERED,** Plaintiff requests that this Court enter an

Order Granting Leave to file Plaintiff's Second Amended Original Complaint.

Respectfully submitted,

*Ed McAninch for + by w/p*

ED MCANINCH
Federal Id No. 4892
State Bar No. 13325050
440 Louisiana, Suite 2300
Houston, Texas 77002
VIA TELEPHONE NO. (713) 223-1000
VIA FACSIMILE NO. (713) 222-6903

**ATTORNEY FOR PLAINTIFF
CARLOS RUBINSTEIN**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Leave was sent via certified mail return receipt requested and facsimile to Defendants attorney in charge on this the 6th day of February, 2001.

*Ed McAninch for + by w/p*

Ed McAninch

## CERTIFICATE OF CONFERENCE

I certify that I have conferred on this matter with opposing counsel and they are not opposed to the filing of this Motion nor the filing of Plaintiff's Second Amended Original Complaint.

*Ed McAninch for + by w/p*

Ed McAninch

2