16

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF BROWNSVILLE, TEXAS | § | Cause No. B-00-169 |
| & CITY COMMISSIONERS | § | |
| ERNIE HERNANDEZ, CARLTON "BUD" | § | |
| RICHARDS, & HARRY MCNAIR, | § | |
| Individually & Officially | § | |
| Defendants | § | |

## CITY DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW COMES the CITY OF BROWNSVILLE, TEXAS, and COMMISSIONERS HERNANDEZ, RICHARDS, & MCNAIR, individually and officially (hereafter "CITY DEFENDANTS") in the above-styled and numbered cause, and file this Response to Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint.

CITY DEFENDANTS hereby apprize the Court that they have no opposition to Plaintiff's Motion for Leave to File an Amended Complaint, as this Motion for Leave is filed in accordance with the terms of an offer tendered by Counsel for the CITY DEFENDANTS in connection with the timely and unambiguous assertion of any and all Title VII claims and causes of action in this forum. See Letter to Attorney McAninch from Attorney Navarro dated February 1, 2001, attached as Exhibit "A."

Response to Motion to for Leave
to Filed Amended Complaint

Page 1

Because it appears on its face that the Amended Complaint attached to the Motion for Leave is filed in accordance with the terms of the February 1, 2001 letter, and because the Amended Complaint clearly and unambiguously asserts federally based claims and causes of action, it logically follow that CITY DEFENDANTS do not oppose the Motion for Leave.

Moreover, and in furtherance of the terms of the February 1, 2001 letter, Plaintiff has demonstrated his specific intent to pursue federally based claims and causes of action, thereby rendering the Motion for Remand inapplicable. Consequently, the Motion for Remand should be denied on its merits, or otherwise be adjudicated as moot.

## CONCLUSION

THEREFORE, based on the foregoing reasons, the CITY DEFENDANTS hereby request that the Court grant the following relief:

1. grant the motion for leave to file an amended complaint, as per the unopposed motion of the Plaintiff;

2. deny the Plaintiff's pending motion for remand on its merits or as moot;

4. provide CITY DEFENDANTS an opportunity to file an amended answer to Plaintiff's First Amended Complaint as per the Federal Rules of Civil Procedure and the Local Rules of this Court.

CITY DEFENDANTS further request and pray for any such other and further relief, at law or in equity, to which the CITY DEFENDANTS are entitled.

Mr. Ed McAninch
Attorney at Law
February 1, 2001
Page 2

_____

2. In connection with the foregoing, that you will ask and advise the Court, either in your motion for leave or by separate filing, to withdraw the pending motion for remand and request for attorney's fees and/or sanctions; and,

3. That the City Defendants will be allowed to file an answer to the amended complaint asserting whatever denials and affirmative defenses deemed applicable to your amended complaint, except for the 90 day deadline that is the subject of this letter.

Although the order granting the (unopposed) motion for leave, along with attached amended complaint, will not be signed before the 90 day period lapses, I agree that the filing date of the amended complaint shall be deemed timely so long as the motion for leave (and attachments) is on file by February 6, 2001.

Please be advised that if you are unable or unwilling to comply with the above conditions, then this opportunity for you to meet the 90 day filing deadline, shall automatically lapse.

Very Truly Yours,

Ricardo J. Navarro

r:\rubinstein\mcaninch.004

ClibPDF - www.fastio.com

SIGNED on the 7th day of February 2001.

Respectfully submitted,

**DENTON, McKAMIE & NAVARRO**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _/s/ Ricardo J. Navarro_
RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 7th day of February 2001.

Mr. Ed McAninch
LAW OFFICES OF EDWIN L. MCANINCH, P.C.
507 Fall River Road
Houston, Texas 77024
COUNSEL FOR PLAINTIFF

_/s/ Ricardo J. Navarro_
RICARDO J. NAVARRO
MAURO F. RUIZ

Response to Motion to for Leave
to Filed Amended Complaint                                  Page 3

# DENTON, MCKAMIE & NAVARRO

A Professional Corporation
## ATTORNEYS AND COUNSELORS

| | | |
|---|---|---|
| Lowell F. Denton* | Bank of America Building | LAREDO OFFICE |
| William M. McKamie* | 222 East Van Buren, Ste. 405 | 1102 Scott, Suite 4-B |
| Ricardo J. Navarro | Harlingen, Texas 78550 | Laredo, Texas 78040 |
| Susan C. Rocha | (956) 421-4904 | (956) 726-6018 |
| | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Charles H. Sierra | dmnrgv@aol.com | |
| Patrick C. Bernal | | SAN ANTONIO OFFICE |
| Regina B. Criswell | | 310 So. St. Mary's Street |
| Deborah L. Leach | | Suite 1700 |
| Mauro F. Ruiz | | San Antonio, Texas 78205 |
| OF COUNSEL | | (210) 227-3243 |
| Olivero E. Canales | | Fax (210) 225-4481 |

\* Board Certified Civil Trial Law
- Texas Board of Legal Specialization

February 1, 2001

Mr. Ed McAninch  
Attorney At Law  
507 Fall River Road  
Houston, Texas 77024

**By Fax: (713) 827-8920**  
**& Regular Mail**

    Re:  *Carlos Rubinstein vs City of Brownsville, et al*  
          Cause No. B-00-169  
          (S.D. Tex. - Brownsville Div.)

Dear Mr. McAninch:

    This letter is in reference to the date on which the ninety (90) day deadline applicable to the "Dismissal & Notice of Rights" dated 10/31/2000 lapses.

    Subject to certain conditions further specified below, I hereby agree that 90 days from the issuance of the "Dismissal & Notice of Rights" dated 10/31/2000 issued by the EEOC lapses at the close of business on **Tuesday, February 6, 2000 at 5:00 p.m.**

    However, I am willing to be bound by this particular 90 count only on the following conditions:

1.   That you will file on or before the agreed upon date (2/6/2001) a motion for leave to file an amended complaint (unopposed by me), and an amended complaint which incorporates whatever federal (and state) claims and causes of action you wish to pursue, but which clearly confers jurisdiction over the controversy in federal court;

*Exhibit "A"*