IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | & | |
| | & | |
| VS. | & | |
| | & | |
| THE CITY OF BROWNSVILLE, TEXAS, | & | |
| ERNIE HERNANDEZ, JR., CARLTON J. | & | CIVIL ACTION NO. B-00-169 |
| "BUD" RICHARDS, HARRY E. MCNAIR, | & | |
| JR., IN THEIR INDIVIDUAL | & | DEMAND FOR JURY |
| CAPACITIES AND OFFICIAL | & | |
| CAPACITIES AS CITY COMMISSIONERS | & | |
| FOR THE CITY OF BROWNSVILLE | & | |

United States District Court
Southern District of Texas
FILED

FEB 1 2 2001

Michael N. Milby
Clerk of Court

## AMENDED PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CARLOS RUBINSTEIN., Plaintiff in the above-styled and numbered civil action, and moves for leave to file Plaintiff's First Amended Original Complaint, and in support thereof, would show the Court the following:

I.

1.01   The filing of Plaintiff's First Amended Original Complaint will neither cause surprise or harm on Defendants as said Amended Complaint contains new allegations as to the Plaintiff's civil rights allegations for discrimination. Furthermore, the filing of Plaintiff's First Amended Original Complaint will not cause Defendants undue prejudice or undue delay in litigating this civil action.

### PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that this Court enter an Order Granting Leave to file Plaintiff's First Amended Original Complaint.

Respectfully submitted,

EDWIN L. MCANINCH, P.C.

By: *Ed McAninch*
ED McANINCH
TBA #13325050
507 Fall River Road
Houston, Texas 77024
(713) 461-8619
(713) 827-8920 [Fax]

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, fax and/or hand delivery on this the 9th day of February, 2001 to all attorneys of record.

*Ed McAninch*
Ed McAninch

2