*19*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | & | |
| | & | |
| VS. | & | |
| | & | |
| THE CITY OF BROWNSVILLE, TEXAS, | & | |
| ERNIE HERNANDEZ, JR., CARLTON J. | & | CIVIL ACTION NO. B-00-169 |
| "BUD" RICHARDS, HARRY E. MCNAIR, | & | |
| JR., IN THEIR INDIVIDUAL | & | |
| CAPACITIES AND OFFICIAL | & | |
| CAPACITIES AS CITY COMMISSIONERS | & | |
| FOR THE CITY OF BROWNSVILLE | & | |

**AMENDED**
**PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE**
**PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, CARLOS RUBINSTEIN.,** Plaintiff in the above-styled and numbered

civil action, and files this "Amended Plaintiff's Unopposed Amended Motion for Leave to File

Plaintiff's Second Amended Original Complaint" and in support thereof, would show the Court

the following:

**I.**

1.01    The filing of the "Amended Plaintiff's Second Amended Original Complaint" will

neither cause surprise or harm on Defendants as said Amended Complaint contains new

allegations as to the Plaintiff's civil rights allegations for discrimination. Furthermore, the filing

of the "Amended Plaintiff's Second Amended Original Complaint" will not cause Defendants

undue prejudice or undue delay in litigating this civil action.

1.02    Defendants are not opposed to the filing of this Motion.

CH1PDF - www.fastio.com

## PRAYER

**WHEREFORE PREMISES CONSIDERED**, Plaintiff requests that this Court enter an

Order Granting Leave to file the "Amended Plaintiff's Second Amended Original Complaint."

Respectfully submitted,

**EDWIN L. MCANINCH, P.C.**

By: *Ed McAninch*

**ED McANINCH**
**TBA #13325050**
507 Fall River Road
Houston, Texas 77024
(713) 461-8619
(713) 827-8920 [Fax]

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, fax and/or hand delivery on this the _____ day of February, 2001 to the following:

*Ed McAninch*
**Ed McAninch**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred on this matter with opposing counsel and they are not opposed to

the filing of this Motion nor the filing of the Amended Plaintiff's Second Amended Original Complaint.

*Ed McAninch*
**Ed McAninch**