27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Carlos Rubenstein, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-169 |
| | § | |
| City of Brownsville, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 8, 2001, the Court reviewed the Civil Docket in this matter, and found that the Plaintiff has on file several motions and accompanying amended pleadings:

- a Motion for Leave to File First Amended Complaint [Dkt. No. 11] and accompanying Amended Complaint [Dkt. No. 12];

- an Unopposed Motion for Leave to File Second Amended Complaint [Dkt. No. 14], and accompanying Second Amended Complaint [Dkt. No. 15]; and

- an Amended Unopposed Motion for Leave to File Second Amended Complaint [Dkt. No. 19], and accompanying Amended Second Amended Original Complaint [Dkt. No. 20].

However, the Plaintiff may amend its pleading once "as a matter of course" or with consent of the adverse party [Fed. R. Civ. P. 15(a)]. Since all Defendants were unopposed to the filing of Plaintiff's most recent pleading, the Court hereby:

1. **GRANTS** Plaintiff's Amended Unopposed Motion for Leave to File Second Amended Complaint [Dkt. No. 19]. As a result, Plaintiff's live pleading in this matter is the Amended Second Amended Original Complaint [Dkt. No. 20];

2. declares Plaintiff's Motion for Leave to File First Amended Complaint [Dkt. No.

11] and Unopposed Motion for Leave to File Second Amended Complaint [Dkt. No. 14] as **MOOT**; and

3. declares Plaintiff's Motion for Remand [Dkt. No. 7] and Defendants' Motion to Force Election of Federal Remedies or, Alternatively, to Abate Ruling on Motion to Remand [Dkt. No. 10] as **MOOT**, since Plaintiff has advised the Court that he withdraws his remand motion [Dkt. No. 20, ¶ I].

All Parties are scheduled to appear at Initial Pre-Trial Conference on Monday, March 12, 2001.

DONE at Brownsville, Texas, this 8th day of March 2001.

_____
Hilda G. Tagle
United States District Judge