23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS RUBINSTEIN | & |
| | & |
| VS. | & |
| | & |
| THE CITY OF BROWNSVILLE, TEXAS, | & |
| ERNIE HERNANDEZ, JR., CARLTON J. | & C.A. NO.: B-00-169 |
| "BUD" RICHARDS, HARRY E. MCNAIR, | & |
| JR., IN THEIR INDIVIDUAL | & |
| CAPACITIES AND OFFICIAL | & |
| CAPACITIES AS CITY COMMISSIONERS | & |
| FOR THE CITY OF BROWNSVILLE | & |

## PLAINTIFF'S NOTICE TO THE COURT OF HIS FILING OF HIS INITIAL DISCLOSURES TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, CARLOS RUBINSTEIN, Plaintiff in the above-styled and numbered civil action, and files this his **Notice to the Court of his Filing of his Initial Disclosure** to Defendants THE CITY OF BROWNSVILLE, TEXAS, ERNIE HERNANDEZ, JR., CARLTON J. "BUD" RICHARDS, HARRY E. MCNAIR, JR., IN THEIR INDIVIDUAL CAPACITIES AS CITY COMMISSIONERS FOR THE CITY OF BROWNSVILLE under Federal Rule of Civil Procedure 26(a).

SIGNED on this 9th day of March, 2001.

Respectfully submitted,

LAW OFFICES OF
EDWIN L. MCANINCH, P.C.
507 Fall River Road
Houston, Texas 77024-5613
Telephone No. (713) 461-8619
Facsimile No. (713) 827-8920

BY: *Ed McAninch*
EDWIN L. MCANINCH
State Bar No. 13325050
Federal Id. No. 4892

ATTORNEY-IN-CHARGE FOR PLAINTIFF CARLOS RUBINSTEIN

## CERTIFICATE OF SERVICE

I, EDWIN L. MCANINCH, hereby certify that on this 9th day of March, 2001, a true and correct copy of the above foregoing **Plaintiff's Notice to the Court of his Filing of his Initial Disclosure to Defendants under Federal Rule of Civil Procedure 26(a)** was served Via Certified Mail Return Receipt Requested #7099 3220 0006 2777 6957 in accordance with the Texas Rules of Civil Procedure to Hon. Ricardo J. Navarro and Hon. Mauro F. Ruiz, Bank of America Building, 222 E. Van Buren, Suite 405, Harlingen, Texas, 78550.

*Ed McAninch*
EDWIN L. MCANINCH