25

United States District Court
Southern District of Texas
FILED

MAR 12 2001

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo   ☐ Koerner |
| DATE | March / 12 / 2001 |
| TIME | ☐ a.m.   2:15 p.m.   —   ☐ a.m.   2:50 p.m. |
| CIVIL ACTION | B / 00 / 169 |
| STYLE | Carlos Rubenstein *versus* City of Brownsville, et al. |

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;   ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record)

<u>Edwin McAninch</u>   for   Plaintiff

<u>Mauro Ruiz</u>   for   Defendants

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☐ these topics: _____

☐ Motions taken under advisement: _____   ☐ Order to be entered.

☐ Miscellaneous review set: _____

☐ Rulings orally rendered on:

■ Comments:

The Court ordered Plaintiff to clean up pleadings by Friday, March 16, 2001. Defendants were given until April 16, 2001 to respond to the Plaintiff's renewed complaint.