26

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Carlos Rubenstein §
versus §
City of Brownsville, et al §
§  CIVIL ACTION B- 00-169
§
§

United States District Court
Southern District of Texas
ENTERED
MAR 15 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: **7-10** days.  ☐ Bench  ☒ Jury

2. New parties must be joined by: **05/01/01**

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: **10/15/01**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: **01/12/02**

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  The court will provide these dates.  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by: **02/01/02**

7. Joint pretrial order is due: **05/14/02**

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: **05/30/02**

9. Jury Selection is set for 9:00 a.m. on: **06/03/02**

The case will remain on standby until tried.

Signed **March 13**, 2001, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_Ed McAninch_
Counsel for _Rubinstein_

_____
Counsel for _____

_____
Counsel for _____

_Manue F. Ruiz_
Counsel for _City of Brownsville_
_& Indiv. Defendants, ind/off capacities_

_____
Counsel for _____

_____
Counsel for _____