28

**ORIGINAL**

```
 1              IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3   _____
                                        )
     CARLOS RUBINSTEIN                   )
 4                                       )
                                         )  CIVIL ACTION NO.
 5   VS.                                 )  B-00-169
                                         )
 6   CITY OF BROWNSVILLE, TEXAS, ET AL   )
     _____ )
 7

 8

 9                     SCHEDULING CONFERENCE
                BEFORE THE HONORABLE HILDA G. TAGLE
10                       MARCH 12, 2001

11   APPEARANCES:

12   For the Plaintiff:        MR. EDWIN L. McANINCH
                               Attorney at Law
13                             Houston, Texas

14   For the Defendants:       MR. MAURO RUIZ
                               Attorney at Law
15                             Brownsville, Texas

16   Transcribed by:           BRECK C. RECORD
                               Official Court Reporter
17                             600 E. Harrison, Room 3037
                               Brownsville, Texas  78520
18                             (956)548-2510

19

20

21

22

23

24

25
```

United States District Court
Southern District of Texas
FILED

MAR 15 2001

Michael N. Milby
Clerk of Court

Captured and Transcribed by Computer - Eclipse