United States District Court
Southern District of Texas
FILED
APR 2 3 2001   30

N. Milby, Clerk

# DENTON & NAVARRO
A Professional Corporation
## ATTORNEYS AND COUNSELORS

| | | |
|---|---|---|
| SAN ANTONIO OFFICE | Bank of America Building | LAREDO OFFICE |
| 1700 Tower Life Building | 222 East Van Buren, Suite 405 | 1102 Scott, Suite 4-B |
| 310 South St. Mary's Street | HARLINGEN, TEXAS 78550 | Laredo, Texas 78040 |
| San Antonio, Texas 78205-3111 | (956) 421-4904 | (956) 726-6018 |
| (210) 227-3243 | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Fax (210) 225-4481 | rjnavarro@dmnrgv.com | |

April 12, 2001

Mr. Ed McAninch                                    **By Fax: 713/827-8920**
Attorney At Law
507 Fall River Road
Houston, Texas 77024

    Re:   Carlos Rubinstein vs City of Brownsville, et al
          Cause No. B-00-169
          (S.D. Tex. - Brownsville Div.)

Dear Mr. McAninch:

    This letter serves to memorialize our agreement to extend the deadline contemplated in the Rule 26 Joint Discovery/Case Management Plan for propounding written discovery by thirty days. The current deadline contained in the document is **Friday, April 13, 2001**. We have agreed to extend this deadline to **Tuesday, May 15, 2001**. If this letter accurately summarizes our agreement, please sign off o it and fax it back for my records.

                       Very Truly Yours,

                       Ricardo J. Navarro

**APPROVED:**

Ed McAninch
COUNSEL FOR PLAINTIFF

r:\rubinstein\mcaninch.009

LAW OFFICES OF
# EDWIN L. MCANINCH
A PROFESSIONAL CORPORATION
507 FALL RIVER ROAD
HOUSTON, TEXAS 77024-5613
TELEPHONE: (713) 461-8619
FAX: (713) 827-8920

United States District Court
Southern District of Texas
RECEIVED

APR 23 2001

Michael N. Milby, Clerk

April 18, 2001

Mr. Michael Milby
U.S. District Clerk
600 E. Harrison Street
Brownsville, Texas 78520

Re:   Civil Action B-00169; *Carlos Rubenstein v. City of Brownsville, et. al;* in the United States District Court for the Southern District of Texas

Dear Sir:

Enclosed please find an original and two copies the following document in the above-referenced matter:

   1.   Letter Agreement Regarding Rule 26 Joint Discovery/Case Management Plan;

Please file the original document in your usual manner, file-stamping one of the copies and returning the same to this office in the postage-paid, self-addressed envelope provided herein.

Should you have any questions or comments, please do not hesitate to call. Thank you for your assistance in this matter.

Very truly yours,

Ed McAninch

Ed McAninch
ELM:sc
Enclosures
By Regular Mail

EDWIN L. McANINCH, P.C.

**Page 2 of 2**
**Mr. Michael Milby**
**April 18, 2001**

CC:    (with enclosures)

Mr. Ricardo J. Navarro
Mr. Mauro Ruiz
Denton, McKamie & Navarro, P.C.
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
By Regular Mail

ClibPDF - www.fastio.com