United States District Court
Southern District of Texas
FILED

OCT 1 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS RUBINSTEIN § | |
| § | |
| VS. § | CAUSE NO.: B-00-169 |
| § | |
| CITY OF BROWNSVILLE, TEXAS & CITY § | |
| COMMISSIONERS ERNIE HERNANDEZ, § | |
| CARLTON "BUD" RICHARDS, & HARRY § | |
| MCNAIR, Individually & Officially § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO RESPOND
TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AND MOTION FOR EXTENTION OF TIME**

**COMES NOW, CARLOS RUBINSTEIN,** Plaintiff in the above-styled and numbered civil action, and without opposition from counsel for Defendants, requests that this Court grant Plaintiff leave of Court and an extention of time to Respond to Defendants' Motion for Partial Summary Judgment. Plaintiff requests that the Court permit him to file his Response no later than November 1, 2001.

Plaintiff's request will neither cause surprise or harm on Defendants and will not cause Defendants undue prejudice or undue delay in litigating this civil action. Counsel for Plaintiff has contacted Mr. Ricardo Navarro, counsel for Defendants, and he is not opposed to this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests that this Court enter an Order granting leave to file Plaintiff's Response by (and including) November 1, 2001

Respectfully submitted,

**LAW OFFICE OF
ED MCANINCH**
507 Fall River Road
Houston, Texas   77024
Telephone No.: (713) 461-8619
Facsimile No.  : (713) 827-8920

BY: _/s/ Ed McAninch_
**ED MCANINCH**
State Bar No. 13325050
Federal Id. No. 4892

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, **ED MCANINCH**, hereby certify that on this 19th day of October 2001, **Plaintiff's Unopposed Motion for Leave to Respond to Defendants' Motion for Partial Summary Judgment and Motion for Extention of Time** was served **VIA FACSIMILE (956) 421-3621** on Defendants' counsel of record, Hon. Ricardo J. Navarro, **DENTON & NAVARRO, P.C.**, Bank of America Building, 222 East Van Buren, Suite 405, Harlingen, Texas 78550.

*Ed McAninch*
**ED MCANINCH**