3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
| | § | |
| VS. | § | CAUSE NO.: B-00-169 |
| | § | |
| CITY OF BROWNSVILLE, TEXAS, | § | |
| ERNIE HERNANDEZ, JR., | § | |
| CARLTON "BUD" RICHARDS, HARRY | § | |
| E. MCNAIR, JR., IN THEIR INDIVIDUAL | § | |
| CAPACITIES AND OFFICIAL | § | |
| CAPACITIES AS CITY COMMISSIONERS | § | |
| FOR THE CITY OF BROWNSVILLE | § | |

### PLAINTIFF'S NOTICE TO THE COURT OF THE FILING OF PLAINTIFF'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a) AND DESIGNATION OF EXPERT WITNESSES AND EXPERT REPORTS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, CARLOS RUBINSTEIN, Plaintiff in the above-styled and numbered civil action, and files this Notice to the Court of the Filing of Plaintiff's First Supplemental Initial Disclosures to Defendants, THE CITY OF BROWNSVILLE, TEXAS, ERNIE HERNANDEZ, JR., CARLTON J. "BUD" RICHARDS, HARRY E. MCNAIR, JR., IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES FOR THE CITY OF BROWNSVILLE under Federal Rule of Civil Procedure 26(a), and Designation of Expert Witnesses and Expert Reports.

Respectfully submitted,

**LAW OFFICES OF
EDWIN L. MCANINCH, P.C.**

BY: *Ed McAninch*

EDWIN L. MCANINCH
State Bar No. 13325050
Federal Id. No. 4892
507 Fall River Road
Houston, Texas 77024-5613
Telephone No. (713) 461-8619
Facsimile No. (713) 827-8920

**ATTORNEYS FOR PLAINTIFF,
CARLOS RUBINSTEIN**

## CERTIFICATE OF SERVICE

I, EDWIN L. MCANINCH, hereby certify that on this 30 day of November, 2001, a true and correct copy of the above foregoing **NOTICE TO THE COURT OF THE FILING OF PLAINTIFF'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a) AND DESIGNATION OF EXPERT WITNESSES AND EXPERT REPORTS** was served Via Certified Mail, Return Receipt Requested, in accordance with the Federal Rules of Civil Procedure to Hon. Ricardo J. Navarro, Bank of America Building, 222 E. Van Buren, Suite 405, Harlingen, Texas, 78550.

*Ed McAninch*
**EDWIN L. MCANINCH**