3S

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
| | § | |
| VS. | § | CAUSE NO.: B-00-169 |
| | § | |
| CITY OF BROWNSVILLE, TEXAS, | § | |
| ERNIE HERNANDEZ, JR., | § | |
| CARLTON "BUD" RICHARDS, HARRY | § | |
| E. MCNAIR, JR., IN THEIR INDIVIDUAL | § | |
| CAPACITIES AND OFFICIAL | § | |
| CAPACITIES AS CITY COMMISSIONERS | § | |
| FOR THE CITY OF BROWNSVILLE | § | |

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES AND EXPERT REPORTS

COMES NOW, CARLOS RUBINSTEIN, Plaintiff in the above-styled and numbered cause of action, and files his **Designation of Expert Witnesses and Expert Reports**, as follows:

**I.**

**1.01** As per the Court's order and agreement of counsel, Plaintiff **CARLOS RUBINSTEIN**, hereby gives notice to Defendants **THE CITY OF BROWNSVILLE, TEXAS, ERNIE HERNANDEZ, JR., CARLTON J. "BUD" RICHARDS, HARRY E. MCNAIR, JR., IN THEIR INDIVIDUAL CAPACITIES and OFFICIAL CAPACITIES AS CITY COMMISSIONERS FOR THE CITY OF BROWNSVILLE** of Plaintiff's designated experts.

**II.**

**2.01** Plaintiff designates the following individuals as expert witnesses in the above-styled and numbered cause:

a.     John Wells, M.D. (Plaintiff's physician)
        Valley Pain & Rehab
        844 Central Boulevard, Suite 360
        Brownsville, Texas 78520
        (956) 541-9824

Dr. Wells may testify to Plaintiff's prognosis and diagnosis, past and future medical bills made the basis of this lawsuit. He may further testify as to any other medical examinations or medical treatments rendered to Plaintiff made the basis of this lawsuit. He had knowledge of the health effects the undue pressure Mr. Rubinstein was subjected to had on him. He treated Mr. Rubinstein repeatedly and extensively, for upper back problems caused by and aggravated by the level of stress he was enduring due to the actions of the defendants. The doctor has knowledge of reasonableness and necessity of the medical expenses in question.

b.      Nelda Solis, Custodian of Records
        Valley Pain & Rehab
        844 Central Boulevard, Suite 360
        Brownsville, Texas  78520
        (956) 541-9824

Ms. Solis is the Custodian of the medical and financial records of John Wells, M.D. of Valley Pain & Rehab. She has knowledge as to the authenticity of the medical records, medical bills, itemized statement, and narratives which she has furnished in regard to Deposition by Written Questions and/or self-authentication records.

c.      Brian Beller, D.C.
        Carl Beller, D.C.
        **BELLER CHIROPRACTIC**
        4 East Levee
        Brownsville, Texas  78520
        (956) 546-6350

Drs. Beller are chiropractors who have rendered chiropractic treatment to Mr. Rubinstein. They are expected to testify as to Mr. Rubinstein's prognosis and diagnosis, past and future medical bills made the basis of this lawsuit. They may further testify as to any other medical examinations or medical treatments rendered to Plaintiff as a result of the facts made the basis of this lawsuit. (He has knowledge of the health effects resulting to Mr. Rubinstein from the undue pressue placed upon him). He treated him prior to Dr. Wells and concurrently thereafter, for upper back problems caused by and aggravated by the level of stress Mr. Rubinstein was enduring due to the actions of the Defendants. The doctors have knowledge of reasonableness and necessity of the medical expenses in question.

2

d.      Sandra Garza
        **BELLER CHIROPRACTIC**
        4 East Levee
        Brownsville, Texas  78520
        (956) 546-6350

        Ms. Garza is the Custodian of the medical and financial records of of Drs. Carl
        Beller and Brian Beller.  She has knowledge as to the authenticity of the
        medical records, x-ray films, medical bills, and itemized statements which she
        has furnished in regard to Deposition Upon Written Questions and/or self-
        authentication records.  She further has knowledge as to the contents of the
        medical records, hospital records, x-ray films, medical bills, and itemized
        statement which have been furnished to counsel.

e.      Rabbi Edward Rosenthal(Former Rabbi of Temple Beth-El)
        150 Whitetail
        Ithica, New York  14850
        Work:  (607) 255-9712
        Home:  (607) 256-8704

        Rabbi Rosenthal has knowledge of Jewish faith, heritage, and history.  He is the
        former Rabbi of Temple Beth-El in Brownsville, Texas, where Mr. Rubinstein
        attends.  He has knowledge of the insensitive and anti-Semitic comments made
        to Mr. Rubinstein by **"Bud"** Richards as stated to Mr. Rubinstein by both
        Richards and Mr. Rubinstein in separate conversations.  Also, Rabbi Rosenthal
        has knowledge of Mr. Rubinstein as a fellow Jew and member of the
        congregation of Temple Beth-El.  Additionally, he has knowledge of the way
        the comments made by Defendant Richards affected and continues to affect
        Carlos, Judy, Jacqueline, Tiffany Leah and Jennifer Ness Rubinstein.

f.      Rabbi Frank Joseph
        2220 Deer-Run Circle
        Brownsville, Texas  78521
        Home:  (956) 544-7980

        Temple Beth-El
        24 Coveway
        Brownsville, Texas  78521
        (956) 542-5263

        Rabbi Joseph has knowledge of Jewish faith, heritage, and history.  He is the
        present Rabbi of Temple Beth-El in Brownsville, Texas, where Mr. Rubinstein
        attends.  He has knowledge of the insensitive and anti-Semitic comments made
        to Mr. Rubinstein by **"Bud"** Richards as stated to Mr. Rubinstein by both

Richards and Mr. Rubinstein in separate conversations. Also, Rabbi Joseph has knowledge of Mr. Rubinstein as a fellow Jew and member of the congregation of Temple Beth-El. Additionally, he has knowledge of the way the comments made by Defendant Richards affected and continues to affect Carlos, Judy, Jacqueline, Tiffany Leah and Jennifer Ness Rubinstein.

g.   Employees, agents, servants, representatives, and/or custodian of records for City of Brownsville
City Hall
East 12th Street & Market Square
P. O. Box 911
Brownsville, Texas  78520
(956) 548-6007

These individuals (whose identity are not known at this time) have knowledge as to the authenticity of any documents and/or items, such as letters, memorandums, e-mails furnished to Plaintiff's counsel and/or Mr. Rubinstein in regard to Mr. Rubinstein, and his employment at the City of Brownsville.

h.   Employees, agents, servants, representatives, and custodian of records for Brownsville Herald
(i.e. George Cox, Julia Lopez or Fabiola Gutierrez)
1135 E. Van Buren
Brownsville, Texas  78520
(956) 542-4301

These individuals have knowledge as to the authenticity of any newspaper articles, documents, and/or items furnished to Plaintiff's counsel and/or Mr. Rubinstein in regard to Mr. Rubinstein.

i.   Employees, agents, servants, representatives, and custodian of records for City of Brownsville Police Department
(i.e. Robert Avita or any other custodian of records)
600 E. Jackson Street
Brownsville, Texas  78520
(956) 548-7000

These individuals have knowledge as to the authenticity of any documents, statements, and/or items furnished to Plaintiff's counsel and/or Mr. Rubinstein in regard to Mr. Rubinstein.

j.     Employees, agents, servants, representatives, and custodian of records for Brownsville Police Officers Association - "B.P.O.A."
600 E. Jackson Street
Brownsville, Texas 78520
(956) 548-7000

These individuals have knowledge as to the authenticity of any documents and/or items furnished to Plaintiff's counsel and/or Mr. Rubinstein in regard to Mr. Rubinstein.

k.     Employees, agents, servants, representatives, and custodian of records for Texas Municipal League
2004 West Jefferson, Building "C"
Harlingen, Texas 78550
(956) 412-1919

These individuals have knowledge as to the authenticity of any documents and/or items furnished to Plaintiff's counsel and/or Mr. Rubinstein in regard to Mr. Rubinstein.

l.     Employees, agents, servants, representatives, and custodian of records for Ryder/MLS Brownsville
700 Jose Colunga Jr. Street
Brownsville, Texas 78521
(956) 541-1314; (956) 541-1927; or (956) 542-7542

These individuals have knowledge as to the authenticity of any and all documents, items, and/or contracts, including, but not limited to the CONTRACT FOR MUNICIPAL AND TRANSIT FLEET MANAGEMENT AND MAINTENANCE SERVICES BETWEEN CITY OF BROWNSVILLE AND RYDER/MLS (09/16/97) furnished to Plaintiff's counsel and/or Mr. Rubinstein.

m.     Employees, agents, servants, representatives, and custodian of records for Ernie's Wrecker Services/Express Towing
205 Paredes Line Road
Brownsville, Texas 78521
(956) 546-1722

These individuals have knowledge as to the authenticity of any documents and/or items furnished to Plaintiff's counsel and/or Mr. Rubinstein in regard to any towing records.

5

n.     Detective Roman Piñeda, III
c/o Brownsville Police Department
600 E. Jackson Street
Brownsville, Texas 78520
(956) 548-6007

Detective Piñeda has knowledge of an is expected to testify as to contents of the statements given by Mr. Rubinstein to the Brownsville Police Department on December 28, 1999. Detective Piñeda gathered the information and/or facts from Mr. Rubinstein in regard to Commissioner Ernie Hernandez, the 4x4 SUV, and Ernie's Wrecker Service and/or Express Towing, and composed them into an Affidavit form for Mr. Rubinstein to execute. Additionally, Detective Piñeda has knowledge of and is expected to testify as to the contents of any and all conversations between him and Mr. Rubinstein regarding the subject matter of the statements taken on December 28, 1999.

o.     Nicky Arias (Investigator)
c/o Cameron County District Attorney's Office
974 East Harrison Street
Brownsville, Texas 78520
(956) 504-0066

Ms. Arias has knowledge of the contents of any and all conversations between her and Mr. Rubinstein in regard to his complaints about illegal conduct on the part of Defendants Richards and Hernandez.

p.     Mr. Edwin L. McAninch
**LAW OFFICES OF**
**EDWIN L. MCANINCH, P.C.**
507 Fall River Road
Houston, Texas 77024-5613
Telephone No. (713) 461-8619

Mr. McAninch is a licensed attorney. He has knowledge of the legal work that has been performed on behalf of **CARLOS RUBINSTEIN** and the time expended to complete said work. He has further knowledge of the attorney's fees which **CARLOS RUBINSTEIN** has incurred and will continue to incur in the litigation of this case. He is familiar with the hourly rate which is customarily charged in these types of cases in this area, and is expected to testify that the attorney's fees that **MR. RUBINSTEIN** has incurred are reasonable and necessary and related to the incident in question.

.

6

q.  Mr. Thomas G. Sharpe, Jr.
    Attorney at Law
    107 E. Price Road
    P. O. Box 4648
    Brownsville, Texas 78523
    Telephone No. (956) 546-3783

    Mr. Sharpe is a licensed attorney. He has knowledge of the legal work that has
    been performed on behalf of **CARLOS RUBINSTEIN** and the time expended
    to complete said work. He has further knowledge of the attorney's fees which
    **CARLOS RUBINSTEIN** has incurred and will continue to incur in the
    litigation of this case. He is familiar with the hourly rate which is customarily
    charged in these types of cases in this area, and is expected to testify that the
    attorney's fees that **MR. RUBINSTEIN** has incurred are reasonable and
    necessary and related to the incident in question.

r.  Dr. Thomas Mayor (Economist)
    5555 Del Monte, Suite 1306
    Houston, Texas 77056
    (713) 552-1522

    Dr. Mayor is an economist. He is anticipated to testify regarding the
    economic and/or monetary damages suffered by **MR. RUBINSTEIN** and
    which in all probability, he will suffer in the future, including but not limited to
    damages, calculations of lost earnings, projections and calculations of lost
    earning capacity, loss of pecuniary support and contributions, exemplary
    damages, pre-judgment and post-judgment interest, and other economic
    issues and elements of damages, present value for past and future lost
    earning capacity. The basis for his opinions includes U.S. Life Tables,
    economic data, income tax returns, wage information, interviews, or may
    be found in the depositions taken in this case, the exhibits attached to the
    depositions, expert reports, and other documents produced in this case.
    See attached C.V. and Report.

7

Respectfully submitted,

**LAW OFFICES OF
EDWIN L. MCANINCH, P.C.**

BY: *Ed McAninch*

EDWIN L. MCANINCH
State Bar No. 13325050
Federal Id. No. 4892
507 Fall River Road
Houston, Texas 77024-5613
Telephone No. (713) 461-8619
Facsimile No. (713) 827-8920

**ATTORNEYS FOR PLAINTIFF,
CARLOS RUBINSTEIN**

## CERTIFICATE OF SERVICE

I, **EDWIN L. MCANINCH**, hereby certify that on this _30_ day of November, 2001, a true and correct copy of the above foregoing **Plaintiff's Designation of Expert Witnesses and Expert Reports** was served Via Certified Mail, Return Receipt Requested, in accordance with the Federal Rules of Civil Procedure to Hon. Ricardo J. Navarro, Bank of America Building, 222 E. Van Buren, Suite 405, Harlingen, Texas, 78550.

*Ed McAninch*
**EDWIN L. MCANINCH**

8

## THOMAS G. SHARPE, JR.

### ADVOCATE FOR THE BAR

Tom Sharpe has worked for the betterment of the Bar for 21 years. He has proven his commitment to improving continuing legal education, communication, and applying sound economic principles to Bar activities.

### EXTENSIVE BAR INVOLVEMENT

Chairman, Litigation Section, State Bar of Texas
    1984-1985
Chairman, State Bar—Press Committee 1975-1976
Member, Texas Board of Legal Specialization
    1983-1986
Chairman, Criminal Law Advisory Commission, Texas
    Board of Legal Specialization 1980-1983, Member
    1975-1983
College of the State Bar, Charter Member 1982-1985
President, Texas Association of Board Certified
    Criminal Lawyers 1981-1982
President, Texas Criminal Defense Lawyers, 1983-1984
Committees, State Bar of Texas
    Bar Rules Review 1983-1986
    Lawyer Assistance 1983-1986
    Legislation 1975-1977
    Bar Related Title Insurance 1977
    Litigation Council 1981-1985
    Continuing Legal Education 1985-1986
Examiner, Board of Legal Specialization 1981-1984
Executive Committee, Texas Criminal Defense
    Lawyers Project 1983-1984
Fellow, Texas Criminal Defense Lawyers Institute
    1982-1986
Regional Bar Convention Committee, State Bar of
    Texas 1964-1965

### MEMBER

Texas Trial Lawyers
Association of Trial Lawyers of America
American Bar Association
Texas Independent Bankers Association
Texas Criminal Defense Lawyers
Texas Association of Certified Criminal Law Specialists
National Association of Criminal Defense Lawyers
Phi Alpha Delta Legal Fraternity

### ADVOCATE FOR EQUAL TREATMENT OF CIVIL AND CRIMINAL CASES

*"In the present posture of the rules for expediting criminal cases, the civil lawyers will be taking a back seat..." "The Courts should require disposition of a statistical equivalent of civil cases..."*

The Speedy Trial Act of 1974
39 Tex. B.J. (1976)

### BROAD PROFESSIONAL EXPERIENCE

General Practice of Law emphasis on Trials in State and
    Federal Court 1963-1986
President, Cameron County Bar Association 1971-1972
Chairman, Admissions Committee, Federal District
    Court, Brownsville Division 1971
Board Certified in Personal Injury Trial Law, Civil
    Trial and Criminal Law
District Attorney—Pro Tem, Cameron County
    1971-1972
Program Committee, Federal Judicial Conference, Fifth
    Circuit 1972
City Attorney, Brownsville 1974-1976
General Counsel — Alamo Corporation of Texas
    1971-1986
Special Prosecutor, Hidalgo County 1985-1986

Appointed Counsel, Western District of Texas, United States of America v. Harrelson, et al

Director, Alamo Bank of Texas 1971-1986

## ACTIVE ACADEMIC INVOLVEMENT

Dean of Curriculum, Reynaldo G. Garza School of Law 1984-1985

Professor of Procedure, Civil and Criminal, Reynaldo G. Garza School of Law 1984-1985

Chairman, Litigation Update, State Bar of Texas 1985

Course Director, Advanced Criminal Law Course, State Bar of Texas 1984

Speaker, Advanced Civil Trial Course, State Bar of Texas 1983

Speaker, Advanced Criminal Law Course, State Bar of Texas 1980-1983

Speaker, San Antonio Criminal Law Seminar 1973, 1981, 1983

Speaker, Criminal Defense Project 1972-1984

Instructor, Federal Criminal Law, Project of TCDLA and State Bar of Texas 1974-1984

Speaker, Criminal Law Update, Lubbock 1982-1985

## ADVOCATE FOR BETTER COMMUNICATIONS WITH THE PUBLIC

*The State Bar of Texas is the leader in the nation in its specialization program and in professional development. We need to apprise the public of our excellent work. Our image is often drawn from grievance hearings, which represent a very small percentage of the State Bar members.*

## ARTICLES PUBLISHED

Leary — A Blackhorse on the Border, 32 Texas Bar Journal 1969

A Pot Full of Discretion — Drug Abuse Prevention and Control Act of 1970, 34 Texas Bar Journal 1971

Rule 50-B Plans — Will Speed Kill Gideon, 37 Texas Bar Journal 1974

The Speedy Trial Act of 1974, 39 Texas Bar Journal 1976

Pre-Trial Motions and Discovery in Federal Court, Practicing Law Institute 1976

Hypnosis: Use and Misuse in Court, University of Texas School of Law, New Frontiers in Forensic Demonstrative Evidence 1985

Expert Witnesses & Privileges — Criminal Law Institute, University of Texas School of Law 1983

Distinction Between Restoration of Civil Rights and a Full Pardon, Voice for the Defense 1974

Predicting Dangerousness, an Experiment with Death, Voice for the Defense 1979

The Death Penalty Punishment Hearing, Voice for the Defense 1979

Plea Bargain in the Federal Court, Voice for the Defense 1980

Youthful Offender Treatment, Voice for the Defense 1980

Hypnosis, State Bar Project 1983-1984

## ADMITTED TO PRACTICE

State of Texas — 1963

State of Colorado — 1971

Supreme Court of the United States

Fifth Circuit Court of Appeals

Southern, Western and Northern Districts of Federal District Courts in Texas

United States Tax Court

United States District Courts for the State of Colorado
Practiced in Federal Court for Northern District of
Illinois and Southern District of New York on
motion
Practiced in Superior Court in California on motion

Graduate, University of Texas, School of Law, 1963,
University of Texas, BA in Government, 1960

School Board of Episcopal Day School 1980-1983
President, Kiwanis Club of Brownsville 1969
President, Valley International Country Club 1969
Director, Brownsville Chamber of Commerce
1969-1972
Chairman, Charter Revision Committee, City of
Brownsville 1974
Distinguished Service Award "Outstanding Young Man
in Brownsville" 1969 Awarded by Brownsville
Junior Chamber of Commerce
Counsel for Planning and Zoning Commission, City of
Brownsville 1974-1976

RECOGNITION

State Bar of Texas, Bar Journal Committee
Commendation 1975-1976
General Practitioner of the Year 1972
State Bar of Texas
Gold Medal, Law Science Academy of America 1969
Commendation, Texas Criminal Defense Lawyers
1973-1975

Award of Excellence, Texas Criminal Defense Lawyers
1984
Criminal Law Section, State Bar of Texas,
Commendation 1976-1977

MILITARY SERVICE

United States Army, Korea, Intelligence School,
attached to D Company, 17th Infantry Regiment,
20th Division, I Corps, 1955-1957

SOCIAL ACTIVITIES

The Sharpe family enjoys golf, skiing, and swimming.
Current Handicap -1- at Rancho Viejo Country Club
Former Cub Scout Master
Sponsor of summer jobs for kids, Kiwanis Project, 1969
Coordinator of Brownsville—Matamoros Joint Bar
Association 1971
Medalist-Maritime Industry Golf Tournament 1973
Participant in Annual Life Begins at 40 Golf
Tournament

PUBLIC SERVICE

Author of the article "Youth and the Law"
A joint project of the Cameron-Hidalgo Bar
Association, published December, 1969 by all Rio
Grande Valley Freedom Newspapers
Speaker, Law Enforcement Conference, Brownsville
1968
Speaker, Daughters of the American Revolution,
Harlingen and Brownsville 1971
Speaker, Zonta Club of Brownsville, 1968, on "The
Status of Women"

ALUMNI ACTIVITIES

Served as Director of University of Texas School of
Law, University of Texas Alumni Association

AGE:

Born December 26, 1935 at San Antonio, Texas

DR. THOMAS H. MAYOR

November 29, 2001

Mr. Edwin McAninch
507 Fall River Road
Houston, Texas 77024-5613

Dear Mr. McAninch:

I have completed a preliminary evaluation of lost compensation for Mr. Carlos
Rubinstein resulting from his termination of employment with the City of
Brownsville on January 6, 2000. In preparing this evaluation I have reviewed
Mr. Rubinstein's tax returns and W2 statements for 1996 through 2000, the City
of Brownsville's Statement of Health Benefits, the Texas Municipal Retirement
System's Statement of Retirement Benefits, the City of Brownsville's Personnel
Policy Statement, the City of Brownsville's Employment Agreement with Mr.
Rubinstein, An Overview of the State's Employment Plan, and a Summary of the
State Health Plan.

I estimate that Mr. Rubinstein was earning approximately $105,958 per year in
net compensation as Brownsville City Manager. This figure, as shown in the
attached Table 1, is based on his salary at the time of the termination ($87,500),
plus the value of his car allowance ($6,000), plus the value of his health
insurance benefits ($4,014 based on the attached City of Brownsville document
showing a City contribution of $334.50 per month), plus employer contributions
to retirement of $12,250 (14% of $87,500 according to the attached statement),
and less job expenses of $3,807 (based on the 1998-1999 average of 11,226
business miles driven plus a 4,000 allowance for commuting miles valued at $.25
per mile)

On February 1, 2000, Mr. Rubinstein obtained alternative employment with the
State of Texas as the Rio Grande Water Master. This position paid a net
compensation of about $56,347: a base salary of $54,000, plus health insurance
worth about $2,232 (estimated as the monthly total cost of family care at the City,
$448.88, less the monthly employee cost at the State for family coverage, $262.84,
multiplied by 12 months), plus retirement benefits worth $3,240 (6% of wages
according to the attached statement), less job expenses of $3,125 (based on an
estimated 12,500 miles driven per year at $.25 per mile).

5555 DEL MONTE, SUITE 1306
HOUSTON, TEXAS 77056
713-552-1522

The attached Table 2 estimates Mr. Rubinstein's loss of backpay as **$94,842**. The estimated loss for 2000 is the difference between what Mr. Rubinstein would have earned at the City for the portion of the year after his termination ($104,263) less what he actually earned for the portion of the year after his termination ($51,445) and less any unemployment compensation ($294) or severance pay ($7,292). The estimated loss for 2001 is simply the difference between his full-year compensation at the City ($105,958) and his full-year compensation at the State ($56,347), i.e. $49,610.

The attached Table 3 presents two alternative estimates of the *present value* of lost front pay for Mr. Rubinstein starting on January 1, 2002, and ending at his normal work life expectancy (age 63.5 based on the attached U. S. Labor Department table of average work lives). The table computes these two estimates of present value by adjusting the $49,610 annual loss figure explained above for future "cost of living" wage increases and for the interest that can be earned on safe investments such as short-term U. S. Treasury securities. This adjustment is done in two alternative ways: (1) using the U. S. historical experience since 1947, when cost of living wage growth (and the cost of medical care) exceeded the interest on safe investments by about one percentage point and (2) using the U. S. historical experience since 1970, when cost of living wage growth (and the cost of medical care) averaged about one percentage point less than interest on safe investments. Columns (5) and (7) show these respective calculations on a year by year basis, and Columns (6) and (8) show the cumulative present value totals to the end of each calendar year. The resulting present value range is **$1,097,569** (based on the longer historical period) to **$907,689** (based on the shorter historical period). The calculation assumes that Mr. Rubinstein's compensation with the State will grow in the future at the same rate as his compensation would have grown at the City.

Pursuant to Federal Rule 26, I attach a resume and a list of prior testimony. My fees are based on an hourly rate of $200.

Please let me know if you have any questions or if you need any further evaluation.

Sincerely,

Thomas H. Mayor

TM/tm

2

# TABLE 1
## COMPENSATION IN ALTERNATIVE EMPLOYMENTS

### BROWNSVILLE CITY MANAGER

| | | |
|---|---:|---:|
| WAGES | 87,500 | |
| PLUS:  CAR ALLOWANCE | 6,000 | |
| PLUS: HEALTH INSURANCE | 4,014 | |
| PLUS:  RETIREMENT | 12,250 | |
| LESS:  JOB EXPENSES | <u>3,807</u> | |
| EQUALS:  NET COMPENSATION | | 105,958 |

### STATE WATER MASTER

| | | |
|---|---:|---:|
| WAGES | 54,000 | |
| PLUS:  CAR ALLOWANCE | 0 | |
| PLUS: HEALTH INSURANCE | 2,232 | |
| PLUS:  RETIREMENT | 3,240 | |
| LESS:  JOB EXPENSES | <u>3,125</u> | |
| EQUALS:  NET COMPENSATION | | <u>56,347</u> |

| | |
|---|---:|
| DIFFERENCE IN ANNUAL COMPENSATION | 49,610 |

## TABLE 2
## ESTIMATED LOSS OF BACKPAY

ESTIMATED LOSS IN YEAR 2000

| | |
|---|---:|
| LOSS OF CITY COMPENSATION  ($105,958 X .984) | 104,263 |
| LESS:  STATE COMPENSATION ($56,347 X .913) | 51,445 |
| LESS:  UNEMPLOYMENT COMPENSATION | 294 |
| LESS:  SEVERANCE PAY ($87,500/12) | 7,292 |
| EQUALS:  NET LOSS OF PAY IN YEAR 2000 | 45,232 |

ESTIMATED LOSS IN YEAR 2001 (FROM TABLE 1)                  49,610

TOTAL ESTIMATED  LOSS OF BACKPAY                                  94,842

## TABLE 3
## ESTIMATED LOSS OF FRONTPAY

| YEAR (1) | AGE (2) | EARN (3) | PV47 (4) | CUMPV (5) | PV70 (6) | CUMPV (7) |
|---|---|---|---|---|---|---|
| 2002 | 43 | 49,610 | 49,610 | 49,610 | 49,610 | 49,610 |
| 2003 | 44 | 49,610 | 50,106 | 99,716 | 49,119 | 98,729 |
| 2004 | 45 | 49,610 | 50,607 | 150,323 | 48,632 | 147,361 |
| 2005 | 46 | 49,610 | 51,113 | 201,436 | 48,151 | 195,512 |
| 2006 | 47 | 49,610 | 51,624 | 253,061 | 47,674 | 243,187 |
| 2007 | 48 | 49,610 | 52,141 | 305,201 | 47,202 | 290,389 |
| 2008 | 49 | 49,610 | 52,662 | 357,863 | 46,735 | 337,124 |
| 2009 | 50 | 49,610 | 53,189 | 411,052 | 46,272 | 383,396 |
| 2010 | 51 | 49,610 | 53,721 | 464,773 | 45,814 | 429,210 |
| 2011 | 52 | 49,610 | 54,258 | 519,030 | 45,360 | 474,570 |
| 2012 | 53 | 49,610 | 54,800 | 573,831 | 44,911 | 519,481 |
| 2013 | 54 | 49,610 | 55,348 | 629,179 | 44,467 | 563,948 |
| 2014 | 55 | 49,610 | 55,902 | 685,081 | 44,026 | 607,974 |
| 2015 | 56 | 49,610 | 56,461 | 741,542 | 43,590 | 651,565 |
| 2016 | 57 | 49,610 | 57,025 | 798,567 | 43,159 | 694,724 |
| 2017 | 58 | 49,610 | 57,596 | 856,163 | 42,732 | 737,455 |
| 2018 | 59 | 49,610 | 58,172 | 914,334 | 42,308 | 779,764 |
| 2019 | 60 | 49,610 | 58,753 | 973,088 | 41,890 | 821,653 |
| 2020 | 61 | 49,610 | 59,341 | 1,032,429 | 41,475 | 863,128 |
| 2021 | 62 | 49,610 | 59,934 | 1,092,363 | 41,064 | 904,192 |
| 2022 | 63 | 4,266 | 5,206 | 1,097,569 | 3,497 | 907,689 |

New Page 1





**Reaching Across Texas to Serve Public Employees**

# Full-Time Employee Rates
### Effective 9/1/2001

Print friendly PDF version

These rates only show the premium cost to employees. They do not show the substantial amount the state contributes to the employee premium cost. In addition to the health premium, these premiums also include Basic Term Life and AD&D coverage of $5,000.

| Plan City/Name | Employee Only | Employee & Spouse | Employee & Children | Employee & Family |
|---|---|---|---|---|
| HealthSelect of Texas | $0.00 | 157.43 | 105.41 | 262.84 |
| HealthSelect Plus/Abilene, Alpine, Amarillo, Austin, Beaumont, Corpus Christi, Dallas-Ft. Worth, El Paso, Houston, Jacksonville, Lubbock, Midland-Odessa, Palestine, San Angelo, San Antonio, Tyler | $0.00 | 156.18 | 104.57 | 260.75 |
| AmCare/El Paso | $0.00 | 119.05 | 79.71 | 198.77 |
| AmCare/Houston | $0.00 | 118.92 | 79.63 | 198.55 |
| Community First/San Antonio | $0.00 | 111.16 | 74.43 | 185.59 |
| FirstCare/Abilene | $0.00 | 142.01 | 95.08 | 237.09 |
| FirstCare/Lubbock, Midland-Odessa | $0.00 | 143.63 | 96.17 | 239.81 |
| Mercy Health Plans/Laredo | $0.00 | 124.48 | 83.35 | 207.83 |
| PacifiCare/Austin | $0.00 | 133.82 | 89.60 | 223.42 |
| PacifiCare/San Antonio | $0.00 | 113.82 | 76.21 | 190.04 |
| Scott and White Health Plan/Austin, Bryan-College Station, Burnet, Hamilton, Lampasas, Llano, Temple, Waco | $0.00 | 143.47 | 96.06 | 239.54 |
| Texas Health Choice, L.C./Dallas, Ft. Worth | $0.00 | 125.79 | 84.22 | 210.02 |
| Texas Universities Health Plan/Lubbock | $0.00 | 132.93 | 89.01 | 221.94 |

http://www.ers.state.tx.us/Insurance/Rates/FTE2002.htm                    11/27/2001

Case 1:00-cv-00169  Document 35  Filed in TXSD on 12/04/2001  Page 18 of 36







You are here: **Safety and**

## Safety and Risk Information

**Health Benefit**
**City and Employee Contribution**

|  | Employee Only | Employee + 1 dependent | Employee & Family |
|---|---|---|---|
| **Non Union Employees** |  |  |  |
| City Shares | $224.44 | $359.06 | $334.50 |
| Employee Shares | $0.00 | $89.82 | $114.38 |
| Total Monthly Premium | $224.44 | $448.88 | $448.88 |
| Employee Bi-weekly Premium | $0.00 | $44.91 | $57.19 |

*Commission Action - October '98 Single Coverage Only

| **Union Employees** (fire, police) |  |  |  |
|---|---|---|---|
| City Shares | $214.44 | $359.06 | $334.50 |
| Employee Shares | $10.00 | $89.82 | $114.38 |
| Total Monthly Premium | $224.44 | $448.88 | $448.88 |
| Employee Bi-weekly Premium | $5.00 | $44.91 | $57.19 |



Best viewed with
Internet Explorer 5.0


Get Acrobat Reader!

*The above rates are subject to change

Life Insurance: $10,000 life insurance, $20,000 accidental death or dismemberment.
Temporary and part time employees are not eligible for these benefit.

[ Home ] [ Employment ] [ Credit Union ] [ Safety and Risk ] [ HR Staff ] [ Contact Us ] [ City's Home ]

© Copyright, 1996-2001, City of Brownsville, Brownsville Public Library. The City of Brownsville Web site is published by the Brownsville Public Library and the City of Brownsville. The City of Brownsville is solely responsible for content and any information contained herein may change without notice. Microsoft® Internet Explorer logo is a trademark TM and © copyright of Microsoft Corporation. Adobe Acrobat and Adobe Acrobat Reader are trademarks TM and/or © copyrights of Adobe Corporation; Used by permission.



Carlos Rubinstein        FAX NO. : 956 546 2066        Nov. 27 2001 11:35PM  P4

Employee Benefits Summary

# Benefits Summary

Carlos Rubinstein

Benefit Program:  Full Time Employees

To view benefits as of another date, enter the date and click Go:

11/27/2001  [ ]  Go

To view more details, click any of the links below.

| Type of Benefit | Plan Description | Coverage or Participation | Total Cost | State Cost | Member Cost |
|---|---|---|---|---|---|
| Medical | Health Select In Area | Mbr+Chldn | $484.61 | $379.20 | $105.41 |
| Dental | | Waived | | | |
| Life | Basic Life | $5,000 | $2.23 | $2.23 | $0.00 |
| Supplemental Life | Optional Life 2X | 2 X Salary | $17.10 | $0.00 | $17.10 |
| AD/D | | Waived | | | |
| Dependent Life | | Waived | | | |
| Short-Term Disability | | Waived | | | |
| Long-Term Disability | | Waived | | | |
| Flex Spending Health - U.S. | | Waived | | | |
| Flex Spending Dependent Care | | Waived | | | |
| | | Total Costs: | $503.94 | $381.43 | $122.51 |

Benefits Home

ps://badm1.ers.state.tx.us/servlets/iclientservlet/bprd/?ICType=Panel&Menu=W3EB_MENU&Market=GBL&P   11/27/2001

TMRS

Page 1 of 1



Texas Municipal Retirement System

*Over fifty years of retirement security for municipal employees*

**Search Again**

### City Plans Provisions



- Participating Municipality (City Name) - Brownsville No. 1
- Employee Deposit Rate - .07
- Municipal Current Matching Ratio - 2-1
- Updated Service Credit (%) - 100 T
- Year Effective (for Updated Service Credit above) - 1996R
- Annuity Increase (%) - 70
- Year Effective (for Annuity Increase above) - 1996R
- Military Service Credit - 10-89
- Buy-Back Effective Date -
- Vesting Requirements - 10 yrs
- Service Retirement Eligibilities - 10 yrs/age 60, 20 yrs/any age*
- Restricted Prior Service Credit - 2-99
- Supplemental Death Benefits - Employees - Yes
- Supplemental Death Benefits - Retirees - Yes
- Population - 130,000
- Region - Lower Rio Grande Valley
- Number of Contributing Members - 839

- "T" means Includes Transfer Credits
- "R" means Annually Repeating
- "*" means Includes Senate Bill 505 provisions

### Search Again

---

What's New & FAQ's | MyTMRS | Get an Estimate
Forms & Publications | City Plans Provisions | Calendar Of Events
About TMRS | Membership In TMRS | Retiree News
Fund Management | Legislative | Laws and Rules
Online Survey | Contact TMRS | Correspondents
TMRS Web Links | Home

Case 1:00-cv-00169   Document 35   Filed in TXSD on 12/04/2001   Page 21 of 36

## Overview of the State's Retirement Plan



**ERS OnLine**   About ERS   Calendar of Events   Publications   Forms   Contact Us

**Reaching Across Texas to Serve Public Employees**

Search   Links   Insurance   TexFlex   texaSaver   Retirement



**My ERS—
Special Websites for:**

## Overview of the State's Retirement Plan

- Becoming a Member of ERS
- The Security of Your Retirement Account
- Receiving Service Credit
- Receiving an Annuity
- Receiving Insurance Coverage at Retirement
- Disability Retirement and Survivors Benefits

You automatically become a member of the state's defined benefit retirement plan when you become employed by the State. A contribution of 6% of your monthly salary is deposited each month into your individual retirement account and is invested for you by the plan. Your employer also contributes 6% of your monthly salary to a special trust fund to support retirement benefits. The State's defined benefit plan provides a monthly annuity for your lifetime based on a formula authorized by the State Legislature. The amount of the annuity you receive at retirement is not determined by the amount of money in your account at retirement; instead it is based on your average salary and years of service. Your retirement plan also provides a disability benefit as well as benefits for beneficiaries. In Texas, service in a number of governmental systems can be combined to give you creditable service for retirement eligibility, often including state-supported health care benefits (see Proportionate Retirement Program and Texas Governmental Entity Service for more information).

> **The amount of the annuity you receive at retirement
> is not determined by the amount of money in your
> account at retirement; instead it is based on your
> average salary and years of service.**

In addition to the defined benefit plan, ERS manages a voluntary defined contribution plan called the TexaSaver Program. This program provides a benefit upon retirement based on your account balance. It is a good way to supplement the retirement income provided by your defined benefit plan and Social Security benefits. You can read more about the voluntary defined contribution plan in the TexaSaver Deferred Compensation section.

### Becoming a Member of ERS

You become a member of the Employees Retirement System of Texas (ERS) when you begin employment for a state agency participating in ERS. Full-time and part-time employees from these participating agencies automatically become contributing members of ERS. Membership is mandatory and begins on your first day of employment and continues until you retire, die, or

http://www.ers.state.tx.us/Retirement/RetSP01/Overview_Retirement_Plan_...

## Table A-3. Worklife expectancies for men by schooling completed, 1979-80

(Average years remaining)

| Age | Life expectancy [1] | Expectation of active life by schooling completed and current labor force status | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Less than high school | | | High school to 14 years | | | 15 years or more of schooling | | |
| | | Total | Currently active | Currently inactive | Total | Currently active | Currently inactive | Total | Currently active | Currently inactive |
| $x$ | $\overset{\circ}{e}_x$ | $\overset{\circ}{e}^a_x$ | $\overset{\bullet}{e}^a_x$ | $\overset{\circ}{l}^\bullet_x$ | $\overset{\circ}{e}^a_x$ | $\overset{\bullet}{e}^a_x$ | $\overset{\circ}{l}^\bullet_x$ | $\overset{\circ}{e}^a_x$ | $\overset{\bullet}{e}^a_x$ | $\overset{\circ}{l}^\bullet_x$ |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 16 | 55.5 | 34.8 | 35.6 | 34.0 | – | – | – | – | – | – |
| 17 | 54.6 | 34.3 | 35.0 | 33.4 | – | – | – | – | – | – |
| 18 | 53.7 | 33.8 | 34.5 | 32.8 | 38.9 | 39.5 | 37.9 | – | – | – |
| 19 | 52.8 | 33.2 | 33.9 | 32.1 | 38.3 | 38.8 | 37.2 | – | – | – |
| 20 | 51.8 | 32.6 | 33.3 | 31.5 | 37.6 | 38.1 | 36.5 | 39.5 | 40.2 | 38.5 |
| 21 | 50.9 | 32.0 | 32.6 | 30.8 | 36.9 | 37.3 | 35.7 | 38.9 | 39.6 | 37.8 |
| 22 | 50.0 | 31.4 | 32.0 | 30.0 | 36.1 | 36.6 | 34.9 | 38.3 | 38.9 | 37.1 |
| 23 | 49.1 | 30.7 | 31.2 | 29.3 | 35.4 | 35.8 | 34.1 | 37.6 | 38.2 | 36.4 |
| 24 | 48.2 | 30.0 | 30.5 | 28.4 | 34.6 | 34.9 | 33.3 | 36.9 | 37.4 | 35.6 |
| 25 | 47.3 | 29.2 | 29.8 | 27.6 | 33.8 | 34.1 | 32.4 | 36.1 | 36.6 | 34.8 |
| 26 | 46.4 | 28.5 | 29.0 | 26.8 | 32.9 | 33.2 | 31.5 | 35.3 | 35.8 | 34.0 |
| 27 | 45.5 | 27.7 | 28.2 | 26.0 | 32.1 | 32.4 | 30.6 | 34.5 | 34.9 | 33.1 |
| 28 | 44.6 | 26.9 | 27.5 | 25.1 | 31.2 | 31.5 | 29.6 | 33.6 | 34.0 | 32.2 |
| 29 | 43.7 | 26.2 | 26.7 | 24.1 | 30.3 | 30.6 | 28.7 | 32.8 | 33.2 | 31.3 |
| 30 | 42.8 | 25.4 | 25.9 | 23.0 | 29.4 | 29.7 | 27.7 | 31.9 | 32.3 | 30.4 |
| 31 | 41.9 | 24.6 | 25.2 | 22.1 | 28.5 | 28.9 | 26.7 | 31.0 | 31.4 | 29.5 |
| 32 | 40.9 | 23.8 | 24.4 | 21.1 | 27.7 | 28.0 | 25.7 | 30.1 | 30.5 | 28.6 |
| 33 | 40.0 | 23.0 | 23.6 | 20.3 | 26.8 | 27.1 | 24.7 | 29.2 | 29.6 | 27.7 |
| 34 | 39.1 | 22.2 | 22.8 | 19.4 | 25.9 | 26.2 | 23.6 | 28.3 | 28.7 | 26.8 |
| 35 | 38.2 | 21.3 | 22.0 | 18.5 | 25.0 | 25.4 | 22.6 | 27.4 | 27.7 | 25.9 |
| 36 | 37.3 | 20.5 | 21.2 | 17.5 | 24.1 | 24.5 | 21.6 | 26.5 | 26.8 | 24.9 |
| 37 | 36.3 | 19.7 | 20.4 | 16.6 | 23.2 | 23.6 | 20.5 | 25.6 | 25.9 | 23.9 |
| 38 | 35.4 | 18.9 | 19.6 | 15.8 | 22.3 | 22.8 | 19.4 | 24.6 | 25.0 | 22.9 |
| 39 | 34.5 | 18.1 | 18.9 | 14.9 | 21.5 | 21.9 | 18.4 | 23.7 | 24.1 | 21.9 |
| 40 | 33.6 | 17.3 | 18.1 | 14.0 | 20.6 | 21.0 | 17.3 | 22.8 | 23.2 | 20.9 |
| 41 | 32.7 | 16.5 | 17.3 | 13.1 | 19.7 | 20.2 | 16.3 | 21.9 | 22.3 | 19.8 |
| 42 | 31.8 | 15.7 | 16.6 | 12.2 | 18.8 | 19.3 | 15.4 | 21.0 | 21.4 | 18.8 |
| 43 | 30.9 | 15.0 | 15.8 | 11.3 | 18.0 | 18.5 | 14.5 | 20.1 | 20.5 | 17.6 |
| 44 | 30.1 | 14.2 | 15.1 | 10.3 | 17.1 | 17.6 | 13.5 | 19.2 | 19.7 | 16.5 |
| 45 | 29.2 | 13.4 | 14.3 | 9.5 | 16.3 | 16.8 | 12.6 | 18.4 | 18.8 | 15.5 |
| 46 | 28.3 | 12.6 | 13.6 | 8.7 | 15.4 | 16.0 | 11.7 | 17.5 | 17.9 | 14.5 |
| 47 | 27.5 | 11.9 | 12.9 | 7.9 | 14.6 | 15.1 | 10.9 | 16.6 | 17.1 | 13.5 |
| 48 | 26.6 | 11.1 | 12.1 | 7.1 | 13.7 | 14.3 | 10.1 | 15.8 | 16.3 | 12.5 |
| 49 | 25.8 | 10.4 | 11.4 | 6.4 | 12.9 | 13.5 | 9.3 | 14.9 | 15.4 | 11.5 |
| 50 | 25.0 | 9.6 | 10.7 | 5.7 | 12.1 | 12.8 | 8.5 | 14.1 | 14.6 | 10.5 |
| 51 | 24.2 | 8.9 | 10.1 | 5.1 | 11.3 | 12.0 | 7.7 | 13.3 | 13.8 | 9.6 |
| 52 | 23.4 | 8.2 | 9.4 | 4.5 | 10.5 | 11.2 | 6.9 | 12.4 | 13.0 | 8.7 |
| 53 | 22.6 | 7.5 | 8.7 | 4.0 | 9.7 | 10.5 | 6.1 | 11.6 | 12.2 | 7.9 |
| 54 | 21.8 | 6.8 | 8.1 | 3.6 | 9.0 | 9.7 | 5.3 | 10.8 | 11.5 | 7.0 |
| 55 | 21.1 | 6.2 | 7.5 | 3.2 | 8.2 | 9.0 | 4.7 | 10.0 | 10.7 | 6.2 |
| 56 | 20.3 | 5.5 | 6.8 | 2.8 | 7.5 | 8.3 | 4.0 | 9.2 | 10.0 | 5.4 |
| 57 | 19.6 | 4.9 | 6.3 | 2.5 | 6.7 | 7.6 | 3.5 | 8.5 | 9.3 | 4.7 |
| 58 | 18.9 | 4.4 | 5.8 | 2.2 | 6.0 | 7.0 | 3.0 | 7.7 | 8.6 | 4.0 |
| 59 | 18.2 | 3.8 | 5.3 | 2.0 | 5.3 | 6.4 | 2.6 | 7.0 | 8.0 | 3.5 |
| 60 | 17.5 | 3.3 | 4.9 | 1.8 | 4.7 | 5.9 | 2.3 | 6.3 | 7.4 | 3.1 |
| 61 | 16.8 | 2.9 | 4.5 | 1.6 | 4.1 | 5.5 | 2.0 | 5.6 | 7.0 | 2.7 |
| 62 | 16.1 | 2.6 | 4.2 | 1.4 | 3.6 | 5.1 | 1.8 | 5.0 | 6.5 | 2.4 |
| 63 | 15.5 | 2.2 | 3.9 | 1.3 | 3.2 | 4.8 | 1.6 | 4.5 | 6.1 | 2.2 |
| 64 | 14.9 | 2.0 | 3.7 | 1.1 | 2.8 | 4.5 | 1.4 | 4.0 | 5.7 | 1.9 |
| 65 | 14.2 | 1.8 | 3.6 | 1.0 | 2.4 | 4.3 | 1.2 | 3.6 | 5.4 | 1.7 |
| 66 | 13.6 | 1.6 | 3.4 | .8 | 2.2 | 4.1 | 1.0 | 3.2 | 5.1 | 1.4 |
| 67 | 13.0 | 1.4 | 3.3 | .7 | 1.9 | 3.9 | .9 | 2.8 | 4.9 | 1.2 |
| 68 | 12.5 | 1.2 | 3.2 | .6 | 1.7 | 3.7 | .7 | 2.5 | 4.6 | .9 |
| 69 | 11.9 | 1.1 | 3.1 | .5 | 1.5 | 3.6 | .6 | 2.2 | 4.4 | .7 |
| 70 | 11.4 | 1.0 | 2.9 | .4 | 1.3 | 3.4 | .4 | 1.9 | 4.1 | .5 |
| 71 | 10.9 | .9 | 2.8 | .3 | 1.1 | 3.2 | .3 | 1.7 | 3.9 | .3 |
| 72 | 10.4 | .8 | 2.6 | .2 | 1.0 | 3.0 | .2 | 1.4 | 3.6 | .2 |
| 73 | 9.9 | .7 | 2.3 | .1 | .8 | 2.7 | .1 | 1.2 | 3.2 | .1 |
| 74 | 9.4 | .6 | 2.0 | .1 | .7 | 2.3 | .1 | 1.0 | 2.7 | .0 |
| 75 | 9.0 | .5 | 1.6 | .0 | .6 | 1.8 | .0 | .9 | 2.2 | .0 |

[1] Mortality rates used are those of the general male population.

14

*BLS Bulletin 2254, Feb 1986.*
*U.S. Dept. of Labor.*

| | | |
|---|---|---|
| Michael St. John | 94835116 | Verret v. Survey Boats, Inc., et al; 234th Harris Cty., Tx. |
| Michael Park | 91CV0770 | Bolding v. Dana Corp., et al;  212 Galveston Cty., Tx. |
| John O'Quinn | 9304266 * | Laas v. Dow Corning Corp.; 157th Harris Cty., Tx. |
| Richard Mithoff | 9419485 * | Ladner v. Dow Corning Corp.; 157 Harris Cty., Tx. |
| Robin Harrison | 93Cl14366* | Ortiz v. Stanley, et al; 166 Bexar Cty., Tx. |
| Sam Palermo | A133671* | Harris v. Southern Pacific; 55th Jefferson Cty., Tx. |
| John O'Quinn | 262655401 * | Deutsch v. Metro National; Probate Ct. 3, Harris Cty., Tx. |
| Ron Tigner | 9230066 | Winograd v. A. I. G.;  133rd  Harris Cty., Tx. |
| Mark Croley | 93028334 | Perez v. Fiesta Mart, Inc., et al; 190th Harris Cty., Tx. |
| Richard Frankel | C436091F | Cadena v. Methodist Hospitals; 332nd Hidalgo Cty., Tx. |
| John Leach | 3554 | Starr v. Delta Distributors; 349th Anderson, Cty., Tx. |
| Richard Mithoff | 92024077 | Schilleci v. Baxter Healthcare Corp.; 334th Harris Cty., Tx. |
| Michael Kerensky | 1994 * | Cabler v. Cardiology Consultants, 349th Anderson Cty., Tx. |
| Robert Green | 90064002 * | Hooks v. Bailey Enterprises, Inc., 55th Harris Cty., Tx. |
| Richard Mithoff | LRC93785 | Harp v. Citty, et al; U.S., Eastern District of Arkansas. |
| Jerry Hanson | 9205928 * | Samuels v. Burlington Northern;  165th Harris Cty., Tx. |
| Gary Riebschlager | 18375C | Adams v. HFG Real Estate;  278th Walker Cty., Tx. |
| Ernest Cannon | G94373* | Thier v. Lykes Bros., Inc.; U.S., Galveston. |
| Elizabeth Burkhardt | 9346393 * | Garcia v. Harper; 280th Harris Cty., Tx. |
| Randy Allen | 93030507 | Hemmeline v. HCA Health Services;  113th Harris Cty., Tx. |
| Scott Brann | 8953192 * | Cundiff v. Northwest Freeway Investors; 190th Harris Cty., Tx. |
| David Matthews | 9339131 | Cortez v. S & B Engineers, Ltd.; 151st Harris Cty., Tx. |
| Randall Crane | 940301290C | Canas v. Missouri Pacific Railroad; 197th Cameron Cty., Tx. |
| Kendall Montgomery | 8188 | Jung v. Johnson; 87th Anderson Cty., Tx. |
| Danny Meeks | H912811* | Information Communication Corp. v. Unisys; U.S., Houston. |
| Daniel Weber | G94277 | Rohan v. Exxon Corp.;  U. S., Galveston. |
| Lennon Wright | 9236622 * | Lozano v. Lubkeman Construction; 165th Harris Cty., Tx. |

1

| | | |
|---|---|---|
| Sam Palermo | 93041705 | Herbert v. Home Box Office, Inc., et al; 190th Harris Cty. |
| Craig Depew | G95283 | Scott v. Delmar Offshore; U.S., Galveston. |
| Michael Kerensky | 94049761 | Cochran v. Weekley Homes, et al; 164th Harris Cty., Tx. |
| Mike Miller | 93C060 | Williams v. International Paper Co.;  Cass Cty., Tx. |
| Michael St. John | 94CV0727 * | Defelice v. G & H Towing; 122nd Galveston Cty., Tx. |
| Michael Kerensky | 92048096 * | Ewing v. Houston Lighting and Power; 127th Harris Cty., Tx. |
| Michael O'Brien | 32292S | Almanzar v. Nan Ya Plastics; 329th Wharton Cty., Tx. |
| Ernest Cannon | G92540* | Muckleroy v.  O.P.I. ;  U. S., Galveston. |
| Lennon Wright | 9422598 | Sue v. Diagnostic Clinic of Houston;  190th Harris Cty., Tx. |
| Tom Cordell | 94038852 | Beavers v. Drillers, Inc., et al;  295th Harris Cty., Tx |
| Randall Hopkins | 955971 | Oskin v. Bison Building Materials, Inc.; 151st Harris Cty., Tx. |
| Michael St. John | 93000028 | Bruce v. Boatruc Rental; 165th Harris Cty., Tx. |
| Tommy Jacks | 941233231 | Sanchez v. Lopez, et al; 79th Wells Cty., Tx. |
| G. Wesley Urquhart | 9403536 * | Shepherd v. Werner Enterprises, et al;  190th Harris Cty., Tx. |
| Marian Rosen | 9415660 * | Daugherty v. McGhan; 157th Harris Cty., Tx. |
| Doug Sutter | 94031703 | Reyes v. Marine Drilling Companies; 280th Harris Cty., Tx. |
| Marian Rosen | 9318174EC* | Whitley v. McGhan; 280th Harris Cty., Tx. |
| David Anderson | 141195A | Wichita Falls Hotel v. Rose Builders; 89th Wichita Cty. Tx. |
| W. Allen Hoaglund | 91G1378* | Meche v. U-Haul Co. of Houston;  239th Brazoria Cty., Tx. |
| Gary Riebschlager | 9313275 | Dean v. Hall Financial Group, et al; 189th Harris Cty., Tx. |
| John O'Quinn | H832173* | Johnson v. Sawyer;  U.S., Houston. |
| Tom Stanley | G95063* | Marr v. M.O., Inc.; U.S., Galveston. |
| Tommy Jacks | 94032324 | Rivet v. HCA Health Services;  215th Harris Cty., Tx. |
| Michael Morris | H943382 | AGIP Petroleum v. Gulf Island Fabrications; U.S., Houston. |
| David Mestemaker | 9348077 * | Sanford v. Shell Oil Company, et al; 295th Harris Cty., Tx. |
| Marian Rosen | 9365502EA | Borner v. Bristol-Myers Squibb Co., et al;  334th Harris Cty. |
| Robert Walker | 9501543 | McIntosh v. Turnbull, et al; 80th Harris Cty., Tx. |

| Randall Hopkins | 93015246 | Peterson v. Splashtown, USA, Inc., et al; 165th Harris Cty. |
| Frank Mitchell | 9254344 | Duralux Industries v. Blackwell Plastics; 334th Harris Cty., Tx. |
| Richard Karam | 93CI16695 | Abdelrazzaq v. General Motors Corp.; 166th Bexar Cty. Tx. |
| Randall Hopkins | 9513151 * | Miller v. Heilman; 164th Harris Cty., Tx. |
| Maria Boyce | H95359 | Bird v. Simpson Pasadena Paper Co.; U. S., Galveston. |
| Randy McClanahan | 9502000 | O'Neil v. Stonee Bee Williams; 151st Harris Cty., Tx. |
| Julie Cunningham | 9500775 | Blanchard v. Praxair; 151st Harris Cty., Tx. |
| Don Riddle | 94033382 | Farquhar v. Burlington Northern RR; 280th Harris Cty., Tx. |
| Michelle Cash | H87307 | Soloman v. Rockwell International; U.S., Houston. |
| Douglas Hamel | 9327084 * | Kinsey v. Rowan; 55th Harris Cty., Tx. |
| Michael St. John | 94002188 | Hanselman v. Union Pacific Resources; 190th Harris Cty., Tx. |
| Belinda Howell | A95CA053JN | Humphrey v. City of Austin; U.S. Austin, Tx. |
| David Matthews | 96CV0010 | Crist v. Galveston Hist. Foundation; 122nd Galveston Cty., Tx. |
| John Dagley | 930100092A* | Benavides v. Valley Baptist Medical; 107th Cameron Cty., Tx. |
| Bennie Rush | 95-39533 | Thompson v. Nowsco Pipeline Services; 215th Harris Cty., Tx. |
| Michael St. John | 940902881CV* | Daenen v. CMH Homes; 284th Montgomery Cty., Tx. |
| Julie Cunningham | H950572* | Blanchard v. Praxair Inc.; U. S. Houston, Tx. |
| John Leach | 3:95310817 | Jackson v. U. S. Air; U. S. Columbia, South Carolina. |
| David Matthews | H960002 | Garner v. Liberty Mutual Insurance; U. S. Houston, Tx. |
| Robert Bennett | 80534-E | Acme Plumbing v. Morrison Supply; 108th Potter Cty., Tx. |
| Mark Manela | 92048690 | Atkins v. Motorola Inc.; 295th Harris Cty., Tx. |
| Michael St. John | 95243D | Willis v. Motel 6; 105th Kleberg Cty., Tx. |
| Robert Kruckemeyer | 9542763 | Stallones v. Honda; 151st Harris Cty., Tx. |
| Sam Palermo | 9304081 | Ancellotti v. Cosco, Inc.; 269th Harris Cty., Tx. |
| Lennon Wright | 9523510 | Foreman v. Northwestern Steel & Wire; 280th Harris Cty., Tx. |
| Michael O'Brien | 9439986 | Grider v. Memorial City Hospital; 80th Harris Cty., tx. |
| John Leach | 396111917 | Doucette v. US Air Inc.; U. S. Columbia, So. Carolina. |

3

| | | |
|---|---|---|
| Steven Hackerman | 950100329cv | Dorothy A. v. National Medical Enterprises et. al.; 9th Montgomery Cty., Tx. |
| G. Wesley Urquhart | 9500413 * | Keng v. Kroger Co. et al; 11th Harris Cty., Tx. |
| Matt Motes | 9527280* | Toyota Town v. Gulf States Toyota; 280th Harris Cty., Tx. |
| Richard Mithoff | 9533168 | Estrada v. St. Joseph Hospital; 165th Harris Cty., Tx. |
| Carl Shaw | 9501895 | Shotts v. Baxter Healthcare Corp.; 157th Harris Cty., Tx. |
| James Payne | 995cv252* | Carter v. Loew's Home Centers: U. S. Lufkin, Tx. |
| Margot Merek | 9545968 | Lack v. General Motors; 133rd Harris Cty., Tx. |
| Christine Renne | 9560587 | Tepper v. Aectra Refining & Marketing; 280th Harris Cty., Tx. |
| Carl Shaw | H961462 | Adams v. Chevron; U. S.; Houston, Tx. |
| Tom Stanley | D154519 | Newman v. Allseas Marine; 136th Jefferson Cty., Tx. |
| Bonnie Spencer | H954670 | Williams v. Air Products Manufacturing; U. S., Houston, Tx. |
| John Payne | 9542072 | Fietsam v. Bennett; 129th Harris Cty., Tx. |
| David Monroe | 15113* | Williams v. Shah; 344th Chambers Cty., Tx. |
| Elizabeth Hawkins | 95040119 | Brown v. MPS Investment Co.; 334th Harris Cty., Tx. |
| Larry Watts | 95CI12460 | Watts v. Methodist Health Care; 150th Bexar Cty., Tx. |
| David Bryant | D940412C* | King v. Cady; 260th Orange Cty., Tx. |
| David Macdonald | A96CA733SS | Mathews v. Minnesota Mining & Mfg.; U. S. Austin, Tx. |
| Charles Watson | G96173 | Van Ever v. Amoco Oil Company; U.S., Galveston. |
| David Kahne | CA11960643* | Masden v. Klein Indep. School Dist.; U. S., Houston, Tx. |
| David Anderson | 711810003397 | New Braunfels General Store Internatl. v. Family Kingdom Inc.; New Braunfels, Tx. (Jack Hightower, arbitrator) |
| Joseph Jamail | 95CV1377 | Baker v. American Eurocopter Corp.; 56th Galveston, Tx. |
| Lee Brown | 95056534 | Reed v. Sofamor Danek Group; 125th, Harris Cty., Tx. |
| Bill Carraway | 9542841 | Brown v. St. Luke's Hospital; 152nd, Harris Cty., Tx. |
| Mike Johanson | 95019893 | Matthews v. S & A Restaurant Corp.; 215th, Harris Cty., Tx. |
| Lee Brown | 950911J | Skinner v. Nissan; 191st, Dallas Cty., Tx. |
| Pearson Grimes | 9511247H | Wester v. Southland Corp.; 160th, Dallas Cty., Tx. |

| | | |
|---|---|---|
| Ben Hall | 21821 | Sustaita v. Vernor Material;  3rd Probate Brazoria Cty., Tx. |
| Ileana Blanco | 9634199* | Shults v. Clear Lake National Bank; 164th Harris Cty., Tx. |
| Robert Binstock | 9404360* | Pugh v. Proserv Crane & Equipment Inc.; 125th Harris Cty., Tx. |
| Ervin Apffel | 95cv0643* | Hernandez v. Sandoz Corp.; 212th Galveston Cty., Tx. |
| Janet Hansen | 9459098 | Whitehead v. Kawasaki Heavy Industries; 269th, Harris Cty., Tx. |
| Randall Hopkins | 95047521 | Nesmith v. Memorial Hospital System; 113th Harris Cty., Tx. |
| Trey Apffel | 96cv0561 | Eisnaugel v. Marriott International; 212th Galveston Cty., Tx. |
| Marc Young | E152591 | Cruz v. Kari-Kool Transports; 172nd Jefferson Cty., Tx. |
| Lynn Grisham | 960579* | Milligan v. Columbia/HCA; 15th Grayson Cty., Tx. |
| Will Durham | 19368* | Sanchez v. Cato; 12th Walker Cty., Tx. |
| Dennis Reich | D151227* | Ainsworth v. Colonial Pipeline Co.; 136th Jefferson Cty., Tx. |
| Robert Ammons | 9517750 | Pereida v. Regency Car Wash; 189th Harris Cty., Tx. |
| Randy Sorrels | 95CI17639 | DeLeon v. White & Red Ridge 1993; 225th Bexar Cty., Tx. |
| Troy Blakeney | 9634688 | Richey v. Memorial Healthcare System;  295th Harris Cty., Tx. |
| Randy Sorrels | 9733114 | Cooper v. Harmon; 189th Harris Cty., Tx. |
| Randy Sorrels | 95CI17639* | DeLeon v. White & Red Ridge; 225th Bexar Cty., Tx. |
| Richard Plezia | 9716195 | Cashiola v. Cashiola; 164th Harris Cty., Tx. |
| Brent Perry | A152466 | Allen v. Massey-Ferguson; 58th Jefferson Cty., Tx. |
| Robert Reich | 75524 * | Friloux v. Campbell Wells; 17th Lafourche Parish, La. |
| Chris Steed | D152843* | Broussard v. Eckerd; 136th Jefferson Cty., Tx. |
| Keith Grady | 9459455* | Roberson v. Debel Inc.; 269th Harris Cty., Tx. |
| Patrick Ardis | 95C1573 | Johnson v. General Motors; 6th Davidson Cty., Tenn. |
| Richard Brann | 97349* | Carroll v. Hoechst Celanese Corp.; U. S., Corpus Christi. |
| Robert Ammons | 90G2176 | De La Rosa v. General Motors;  Brazoria Cty., Tx. |
| David Bryant | 196CV0199* | Speed v. Mobil Oil Corp.; U. S., Beaumont, Tx. |
| Keith Grady | 291450402 | Claypoole v. Pumpco; Probate 3 Harris Cty., Tx. |
| Arthur Feldman | 9718617 * | Kokinakis v. Williams Brothers; 295th Harris Cty., Tx. |

| | | |
|---|---|---|
| Tommy Fibich | 9501543 * | McIntosh v. Turnbull; 80th Harris Cty., Tx. |
| David Anderson | 9662120 | Associated Pumps v. Accuspray; 215th Harris Cty., Tx. |
| Traci Molter | 9642493 | Bishop v. Houston N.W. Med. Center; 215th Harris Cty., Tx. |
| Ed McAninch | 95G2308 | Nunn v. Alvin Med. Center; 239th Brazoria Cty., Tx. |
| Sherry Scott | 9727238 | Thibodeaux v. Grocers Supply Co.; 334th Harris Cty., Tx. |
| Lennon Wright | 9660924 | Jimenez v. Affordable Quality Electric; 55th Harris Cty., Tx. |
| Kevin Howard | 95021697 | Johnson v. Morrow; 334th Harris Cty., Tx. |
| Jerry Spence | 9736897 | Stafford v. Tripp; 129th Harris Cty., Tx. |
| David Matthews | H973819 | Morgan v. UPS; U.S., Houston, Tx. |
| Bill Bass | 9705258 | Palmer v. Burlington Northern; 271st. Wise Cty., Tx. |
| Margo Merek | 9645381 * | Irick v. Ford Motor Company; 295th Harris Cty., Tx. |
| William Dunleavy | 9616602796 | Arevalo v. Miller; 96th Tarrant Cty., Tx. |
| Richard Mithoff | 95158H | Patty B. v. Tenet Healthcare; 160th Dallas Cty., Tx. |
| Tanner Garth | 95025274 * | Hentz v. SeaRiver Maritime; 334th Harris Cty., Tx. |
| Kent Sullivan | 34084-S | Maccauly v. Micro Concepts; 329th Wharton Cty., Tx. |
| Mike O'Brien | 962704CIV | Moscoso v. American Airlines; U. S. South Florida. |
| Mike O'Brien | 960376CIV | Gomez v. American Airlines; U. S. South Florida. |
| Randy Sorrels | 9815459 | Allen v. Memorial Hospital System; 295th Harris Cty., Tx. |
| Mike Park | D147,011 * | Caraway v. Turner Construction Co.; 172nd Jefferson Cty., Tx. |
| Stephen Menn | CAH-98-0368 | Haynes v. Copco Steel; U. S. Houston, Tx. |
| Bill Stradley | 9752958 | Nagy v. Wyman Gordon Co.; 133rd Harris Cty., Tx. |
| Lionel Castro | 980636703 | Sandlin v. I. E. Miller; 79th Jim Wells Cty., Tx. |
| Lee Brown | 959251J * | Mathis v. Advanced Spine Fixation Systems, 191st Dallas Cty., Tx. |
| Shari Wright | 96CV001439D3 | Navarro v. Missouri Pacific Railroad; 341st Webb Cty., Tx. |
| Larry Wright | 9750744 | Collins v. Westwood Medical Center; 234th Harris Cty., Tx. |
| Steve Norris | 9805270 | Cook v. Pennzoil; 215th Harris Cty., Tx. |
| Robert Ammons | 97CV0618 | Jackson v. Ford Motor Company, 212th Galveston Cty., Tx. |

| Bill Robins | 93003976 * | Golden v. Methodist Hospital; 164th Harris Cty., Tx. |
| Lee Brown | 494CV240 * | Moore v. Assn. for Study of Internal Fixation, U. S. Sherman, Tx. |
| Mark Murray | 9752958 | Hammel v. Wyman-Gordon Co.; 165th Harris Cty., Tx. |
| Susanne Tetzlaff | B149045 | Hayward v. Ameripol Synpol; 60th Jefferson Cty., Tx. |
| Don Bowen | 17996 | Burrough v. American Home Products; 32nd Nolan Cty., Tx. |
| Van McFarland | 9725442 | Brown v. Coopers & Lybrand; 165th Harris Cty., Tx. |
| Tommy Fibich | 9755545A * | Smith v. American Home Products; 164th Harris Cty., Tx. |
| Robert Binstock | 9725563 * | DeJean v. Wade; 157th Harris Cty., Tx. |
| Charlotte Fischer | 9811420 | Cantu v. Rodgers; 280th Harris Cty., Tx. |
| Dahr Jamail | H963675 | Map Worldwide Carriers v. Petroecuador; U.S. Houston, Tx. |
| David Monroe | H970517 * | Cade v. M.H.M.R.A.; U. S. Houston, Tx. |
| Michael St. John | 98CI04950 * | Squyres v. LaBatt; 166th Bexar, Cty. Tx. |
| Ed Hershewe | 97V100 | Taylor v. American Fabritech; 155th Austin Cty., Tx. |
| Ted Pinson | A150626 | Skaggs v. Exxon; Jefferson Cty., Tx. |
| Gregg Saxe | 9717462 * | Cash v. American Retirement Corp.; 189th Harris Cty., Tx. |
| John Mastin | 98CVQ00011D2 | Martinez v. Doctors Hospital of Laredo; 111th Webb Cty., Tx. |
| Dan Goforth | 3:95CV1330G | Liberty Mutual v. Gardere & Wynne; U. S., Dallas, Tx. |
| Roy Ewart | 9800388 * | Stafford v. Cole; 295th Harris Cty., Tx. |
| Steve Aldous | 9759591 * | Danaher v. 9900 Memorial Apartments; 125th Harris Cty., Tx. |
| Pete Schneider | 303,125-401 * | White v. Cotler; Probate Court #3 Harris Cty., Tx. |
| Steve Nemeth | 199836791 | Noel v. O'Brien Paint; 189th Harris Cty., Tx. |
| Mike Phifer | 9732934 | Self v. AMI Twelve Oaks Hospital; 151st Harris Cty., Tx. |
| Wayne Collins | 37383 | Shows v. McKinney; 88th Hardin Cty., Tx. |
| Mark Murray | 9832419 * | Krueger v. Memorial Hospital; 269th Harris Cty., Tx. |
| Mike Kerensky | 9812744 * | Stone v. Lone Star Ford; 270th Harris Cty., Tx. |
| Joe Mitchell | 962559A * | Ensminger v. Green; 28th Nueces Cty., Tx. |
| Elizabeth Hawkins | C162599A | Bonas & Valdez v. Hernandez; 92nd Hidalgo Cty., Tx. |

| | | |
|---|---|---|
| Don Fogel | 9846404 * | McMahon v. Henry; 127th Harris Cty., Tx. |
| Traci Molter | 9912027 | Brinkley v. American Home Products; 295th Harris Cty., Tx. |
| Clint Echols | 1099CI02017 | Tissue Transplant Tech. v. Southwest Tissue; 225th Bexar Cty., Tx. |
| Steve Menn | H983301 | Petrillo v. Dept. of Veterans Affairs; U. S. Houston, Tx. |
| Mike Atkinson | 9608895-I | Majors v. Keller Industries; 162nd Dallas Cty., Tx. |
| Tommy Fibich | 96CV0755 * | Sandoval v. Bridon American; 10th Galveston, Cty. |
| Mark Einfalt | 9903023 | Combs v. UPS; 250th Travis Cty., Tx. |
| Newton Schwartz | 8400125 * | Choo v. Exxon Corporation; 270th Harris Cty., Tx. |
| Charles Parker | 9754485 | Peck v. American Home Products; 281st Harris Cty., Tx. |
| Troy Blakeney | 9903598 * | Tichnor v. Kurio; 334th Harris Cty., Tx. |
| Richard Mithoff | 9848856 * | Romero v. Columbia Healthcare; 295th Harris Cty., Tx. |
| Martin Mayo | C980504A | Great American Products v. Permabond; 22nd Comal Cty., Tx. |
| Sam Palermo | 44413 | Finley v. R & B Falcon Drilling; 25th Plaquemines Par., La. |
| John Carwile | 199925641 | Brown v. Martin Marietta Materials; 164th Harris Cty., Tx. |
| George Cire | 199926791 | Hirschberg v. Kellogg Brown & Root; 295th Harris Cty., Tx. |
| Kevin Corcoran | 4251JG98 | Alms v. Nabors Drilling; 239th Brazoria Cty., Tx. |
| Kevin Corcoran | 9860597 | Limon v. Hensel Phelps Construction; 61st Harris Cty., Tx. |
| John Mastin | 98CVT00331d3 | Urdiales v. Robinson; 231st Webb Cty., Tx. |
| Malcolm Halbardier | 99CI10255 | Garcia v. Methodist Healthcare System; 285th Bexar Cty., Tx. |
| Ed Norwood | 15661 * | Guice v. Exxon; 344th Chambers Cty., Tx. |
| Jimmy Williamson | 9820396 | Draper v. Ross; 80th Harris Cty., Tx. |
| Jeff Embry | C096291 * | Gallagher v. Kawasaki; 355th Hood Cty., Tx. |
| Greig Coates | 9904490 | Grover v. Richards; 261st Travis Cty., Tx. |
| Wayne Collins | H984105 | Gaylor v. Madison County; U. S. Houston, Tx. |
| Julie Rhodes | H990659 | Reitzel v. Citizen Watch Co., U. S., Houston, Texas. |
| Dennis Stahl | H981349 | Westlake Polymers v. Park West Childrens Fund; U.S. Houston, Tx |
| Philip Pfeifer | 308197 | Estate of Kenneth Messina; Probate #1, Harris Cty., Tx. |

| Mark Murray | 9951382 | Poole v. Pasadena Tank Corp.; 11th Harris Cty., Tx. |
| Troy Blakeney | 199946591 | Kroll v. Parkway Hospital;  281st Harris Cty., Tx. |
| Michael St. John | B161440 | Orr v. Kinder Morgan, Inc.; 60th Jefferson Cty., Tx. |
| Tanner Garth | 9745232 | Coyle v. Stanley; 333rd Harris Cty., Tx. |
| Shari Wright | 2:99CV132 | Thomas v. Mansfield Plumbing Products; U. S. Marshall, Tx. |
| Mike Herzik | 1999-37562 | Scheler v. Union Pacific;  113th Harris Cty., Tx. |
| Sam Westergren | 99602321 | Tucker v. Nations Bank; Nueces Cty., Tx. |
| Sherry Chandler | 304,197-401 | Snow v. Taylor; Probate No. 1, Harris Cty., Tx. |
| Ervin Apffel | 98CV0553 * | Toler v. Taylor; 10th Galveston Cty., Tx. |
| Jeff Embry | 399CV2022X | Verdesca v. American Airlines;  U. S. Dallas, Tx. |
| Clay Rawlings | 000201259 | Laguna v. Spells; 221st Montgomery Cty., Tx. |
| Michael Howell | 199931936 | Daniels v. Lyondell-Citgo Refining; 133rd Harris Cty., Tx |
| Steve Aldous | 9818091 * | Gardner v. Smith; 269th Harris Cty., Tx. |
| Michael O'Brien | 199932370 | Bostian v. Woman's Hospital; 280th Harris Cty., Tx. |
| Richard Plezia | A0160397 * | Dew v. Rowan Companies; 58th Jefferson Cty., Tx. |
| Annette Disch | 9759098 | Smith v. GT Bicycles; 61st Harris Cty., Tx. |
| Michael Herzik | 00CV0280 | Jacquet V. Scott; 10th Galveston Cty., Tx. |
| Randy Clapp | 9957263 | Bryant v. Taylor Machine Works Inc.; 281st Harris Cty., Tx. |
| Ervin Apffel | G99693 | Marabella v. AutoNation U.S.A.; U. S. Galveston, Tx. |
| Greig Coates | 984663E | Garfield v. Thomas; 148th Nueces Cty., Tx. |
| John Buckley | 97CV1054 | Dunn v. General Motors; 56th Galveston Cty., Tx. |
| Charles Soechting | 9902781 | Frasier v. Austin Regional Clinic; 250th Travis Cty., Tx. |
| Sara Fendia | 9934744 | Gould v. Dunn; 157th Harris Cty., Tx. |
| Gary Riebschlager | H992202 | Nallie v. Chemical Leaman Tank Lines; U. S. Houston, Tx. |
| Traci Molter | 199948795 | Vidal v. American Home Products; 189th Harris Cty., Tx. |
| David Medack | H001858 | Taber v. A&L Trucking; U.S. Houston, Tx. |
| Michael Fuerst | 0002144 * | Fulton v. Michelin; 35th Brown Cty., Tx. |

| Robert Ammons | 9932362 | Gift v. Tribble & Stephens Co.; 270th Harris Cty., Tx. |
| Edwin McAninch | 000238299 * | Cano v. McIntyre; 79th Jim Wells Cty., Tx. |
| William Dunleavy | 9904226H | Stooksberry v. T.U. Electric; 160th Dallas Cty., Tx. |
| Linda Laurent | 991006015CV | Quiroga v. Caperton; 221st Montgomery Cty., Tx. |
| John Buckley, Jr. | 500CV131JMM | McClung v. McCord; U.S. Pine Bluff, Arkansas. |
| Richard Mithoff | 99681165 | McClanahan v. Baptist Healthcare; Okla. Cty., Okla. |
| Greig Coates | 986498A | Vela v. Breeling; 28th Nueces Cty., Tx. |
| Mark Elvig | H001291 * | LeMoine v. Lighthouse Capital Management; U.S. Houston, Tx. |
| Stacy Little | 18659 | Holmes v. Polk County Memorial Hospital; 411th Polk Cty., Tx. |
| Mark Strawn | 99cv1048 | Medrano v. Rapp Management; 10th Galveston Cty., Tx. |
| Joe Gibson | 000610135CV | Kelley v. Astron Residential; 365th Zavala Cty., Tx. |
| Phillip Brashier | 200007338 | Clark v. NCI Building Systems; 129th Harris Cty., Tx |
| Larry Wright | 9907017 | Zumudio v. Sheeran; 68th Dallas Cty., Tx. |
| Wayne Collins | G00248 | Walker v. City of Beasley; U. S. Galveston, Tx. |
| Richard Mithoff | 101,101 | Rudolph v. Polly Ryan Hospital; 240th Fort Bend Cty., Tx. |
| Tommy Jacks | GNO01005 | Rentfro v. Ward; 200th Travis Cty., Tx. |
| Gina Benavides | 4184 | Saldivar v. Jascon, Inc.; 49th Zapata Cty., Tx. |
| Cyndi Rusnak | 00CV0215 | Cifre v. McCormick;  56th Galveston Cty., Tx. |
| Howard Singleton | 9942976 | Cheatham v. Scanlon; 80th Harris Cty., Tx. |
| S. Tanner Garth | 199918890 * | Admire v. H. E. Butt Grocery Co.; 127th Harris Cty., Tx. |
| Lynn Bradshaw | 2000104138E | Hermez v. AC&S, Inc.; 357th Cameron Cty., Tx. |
| Giles Kibbe | E157171 | Duhon v. Ford Motor Co., 172 Jefferson Cty., Tx |
| Monica Vaughan | 200015815 | Garcia v. Honda Motor Co., 55th Harris Cty., Tx. |
| Wes Harris | 34218250200 | Butler v. Childtime Childcare; 342nd Tarrant Cty., Tx. |
| Malcolm Halbardier | 99658H | Ghormley v. Bay Area Healthcare; 347th Nueces Cty., Tx. |
| Larry Laden | GN002986 | Stahl v. Robbins; 200th Travis Cty., Tx. |
| Mike Phifer | 000482-C | Tripp v. Bridgestone/Firestone; 128th Orange Cty., Tx. |

| | | |
|---|---|---|
| Jimmy Williamson | 200028857 | Schoppa v. Christus Health; 11th Harris Cty., Tx. |
| Charles Finley | 200019870 | Lewis v. United Parcel Service; 189th Harris Cty., Tx. |
| Wayne Collins | 99CV0565 | Patton & Mills v. Galveston Cty., 122nd Galveston Cty., Tx. |
| Sherry Chandler | 2000CVQ001258D1 | Martinez v. Pacific Gas & Electric; 49th Webb Cty., Tx. |
| Shira Yoshor | 200025157* | De Los Santos v. Sunbelt Medical; 113th Harris Cty., Tx. |
| Charles Houssiere | 200057810 | Johnson v. McBath; 157th Harris Cty., Tx. |

*Denotes trial testimony.

# RESUME

Dr. Thomas H. Mayor
Professor of Economics
University of Houston, University Park

**Date of Birth:**       March 5, 1939

**Address:**        5555 Del Monte, Suite 1306
Houston, Texas  77056-4184
713-552-1522

**Education:**        B.A. in Economics, Rice University, 1961,
Magna Cum Laude
Ph.D. in Economics, University of Maryland, 1965

**Doctoral Dissertation:**

"Sources of Decline in the U.S. Capital-
Output Ratio, 1869-1958"

**Academic Positions:**

Research Fellow, Brookings Institution, 1964-65
Assistant Professor, University of Maryland,  1965-69
Associate Professor and Professor,
University of Houston, 1969 - to present
Director of Graduate Studies, Department of
Economics, University of Houston, 1971-74
Chairman, Department of Economics,
University of Houston, 1977-81
Director, Center for Public Policy,
University of Houston, 1982-84
Dean, College of Social Sciences,
University of Houston, 1983-86
Chairman, Department of Economics,
University of Houston, 1990-96

Academic Honors:

        Phi Beta Kappa
        Woodrow Wilson Fellow
        National Defense Fellow
        Brookings Research Fellow

Research Interests:

        Applied price theory and public policy, law
        and economics

Publications:

        "The Decline in the United States Capital-Output Ratio,"
        Economic Development and Cultural Change, July, 1968.

        "Short Trading and the Price of Equities:  Some Simulation
        and Regression Results," Journal of Financial and
        Quantitative Analysis, September 1968.

        "Some Theoretical Difficulties in the Estimation of the
        Elasticity of Substitution from Cross-Section Data," Western
        Economic Journal (Economic Inquiry), June 1969.

        "The Role of Money in Economic History," in Perspectives in
        Economics, edited by John W. Snow, 1969.

        "The Demand for Equipment by Input-Output Sectors,"
        University of Maryland Interindustry Forecasting Project,
        Research Memorandum Number 7, June 12, 1968.

        "Equipment Expenditures by Input-Output Industries,"
        Review of Economics and Statistics, February 1971.

        "Industry and Employment Projections to 1980:  Discussion,"
        1970 Proceedings of the American statistical Association.

        "The Rate of Discount in Bond Refunding," Financial
        Management, Fall 1974 (with K. G. McCoin).

"An Analysis of Factors Used to Determine the Public Need for New Banks," Southern Economic Journal, July 1976 (with John Fraser).

"Estimation of Market Area Population from Residential Electrical Utility Data," Journal of Marketing Research, August 1976 (with George Hepburn).

"Bond Refunding: One or Two Faces?", Journal of Finance, March 1978 (with K.G. McCoin).

"An Analysis of Factors Used to Determine the Public Need for New Banks: Reply," Southern Economic Journal, October 1977 (with John Fraser).

"The Treatment of Income Taxes in Determining Personal Injury Awards," Jurimetrics Journal, Winter 1977 (with George Hepburn).

"Estimating the Value of a Missing Market," Journal of Law and Economics, April 1980 (with G. Daly).

"Reason and Rationality During Energy Crises," Journal of Political Economy, February 1983 (with G. Daly).

"Life-Cycle Effects, Structural Change and Long-Run Movements in the Velocity of Money," Journal of Money, Credit and Banking, May 1984 (with L. Pearl).

"Equity, Efficiency and Environmental Quality," Public Choice, No. 2, 1986 (with G. Daly).

"The Welfare Gain from Efficient Pricing of Local Telephone Service," Journal of Law and Economics, October 1987 (with James Griffin).