36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 11 2002

Michael N. Milby
Clerk of Court

| CARLOS RUBINSTEIN | § |
| Plaintiff | § |
| | § |
| vs. | § |
| | § |
| CITY OF BROWNSVILLE, TEXAS | § |
| ET. AL, | § |

Cause No. B-00-169

## JOINT MOTION TO EXTEND
## CERTAIN SCHEDULING ORDER DEADLINES

May It Please The Court.

COME NOW PLAINTIFF and the CITY DEFENDANTS in this cause and file this Joint Motion requesting an extension of certain Scheduling Order deadlines in this cause for the reasons set forth below.

I.

The parties in this case have exchanged comprehensive written discovery, but have been unable to complete some needed deposition discovery. The delays have been occasioned by the difficulty in coordinating the schedules of the Plaintiff and the individually named Defendants, not to mention the schedules of respective counsel. Several previously scheduled dates to take depositions have been aborted due to unforeseen and unscheduled conflicts. Currently, the parties have a tentative deposition schedule for the parties on January 24th and 25th,

Motion For Extension of Deadlines or Alternatively Amended Sch. Order        Page 1

2002, which is subject to a trial calendar of Plaintiff's counsel.

The present Scheduling Order provides a deadline of January 12, 2002 for discovery and a deadline of February 1, 2002 for the filing of dispositive motions. The deadline for filing a pretrial order in this cause is not until May 14, 2002. See Scheduling Order entered March 15, 2001.

## II.

PLAINTIFF and CITY DEFENDANTS hereby make the following joint request:

1) that the deadline for discovery be extended for a period of about eighty-three (83) days, that is, until Friday, April 5, 2002; and,

2) that the deadline for filing dispositive motion be extended for a period of about ninety (90) days, that is, until Friday, April 12, 2002.

All other deadlines specified in the Scheduling Order entered March 15, 2001 would remain the same. The parties believe that the modifications requested ought not to otherwise interfere with the Court's docket and would not work a disruption of the Court's own calendar.

## CERTIFICATE OF CONFERENCE

Since this is a Joint Motion, the motion is obviously unopposed by the parties.

## CONCLUSION & PRAYER

Therefore both Plaintiff and the CITY DEFENDANTS request that the Court grant this Joint Motion and modify the Scheduling Order deadlines specified above, as requested, or as determined to be appropriate in the discretion of the Court.

Signed this __11th__ day of January, 2002.

          Respectfully Submitted,

          LAW OFFICE OF ED McANINCH
          507 Fall River Road
          Houston, Texas 77024
          713/461-8619 (gen)
          713/827-8920 (fax)

By: *Ed McAninch by RJN*
     ED McANINCH
     State Bar No. 13325050
     Fed ID No. 4892
     COUNSEL FOR PLAINTIFF

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: *Ricardo J. Navarro*
     RICARDO J. NAVARRO
     State Bar No. 14829100
     So. Dist. ID No. 5953

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent to the persons listed below on the 11th day of January, 2002.

Mr. Ed McAninch
Attorney At Law
507 Fall River Road
Houston, Texas 77024
COUNSEL FOR PLAINTIFF

_____
RICARDO NAVARRO