37

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 28 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF BROWNSVILLE, TEXAS | § | Cause No. B-00-169 |
| & CITY COMMISSIONERS | § | |
| ERNIE HERNANDEZ, CARLTON "BUD" | § | |
| RICHARDS, & HARRY MCNAIR, | § | |
| Individually & Officially | § | |
|     Defendants | § | |

**PLAINTIFF'S STATEMENT OF NO OPPOSITION TO
CITY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES the PLAINTIFF, CARLOS RUBINSTEIN, by and through undersigned counsel of record, and hereby apprizes the Court that PLAINTIFF has reviewed the City Defendants's, Motion to Dismiss or For Partial Summary Judgment By Individually Named Defendants as to Certain Claims & Causes of Action By Plaintiff, which was filed with the Court on or about October 1, 2001.

After review of this Motion, and the authorities cited therein, PLAINTIFF has ascertained the aforementioned Motion has merit and should be granted.

**CONCLUSION**

Therefore, PLAINTIFF, acting through counsel of record, hereby submits this Notice of No Opposition to the Motion to Dismiss or For Partial Summary Judgment By Individually Named

Plaintiff's Advisory of No Opposition            Page 1

or about October 1, 2001 and has no opposition to said Motion being GRANTED as requested by City Defendants.

SIGNED on the 25th day of January 2002.

Respectfully submitted,

**LAW OFFICE OF ED McANINCH**
507 Fall River Road
Houston, Texas 77024
713/461-8619 (gen)
713/827-8920 (fax)

By: *Ed McAninch*
ED McANINCH
State Bar No. 13325050
Fed ID No. 4892
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 25th day of January, 2002.

Ricardo J. Navarro                                      **Hand-Delivered**
DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550

*Ed McAninch*
ED McANINCH

Plaintiff's Advisory of No Opposition                                      Page 2