38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Carlos Rubenstein, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-169 |
| § | |
| City of Brownsville, et al, § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on January 30, 2002, the Court considered the Motion to Dismiss or for Partial Summary Judgment by Individually Named Defendants as to Certain Claims & Causes of Action by Plaintiffs [Dkt. No. 31] and Plaintiff's Statement of No Opposition to City Defendants' Motion for Partial Summary Judgment [Dkt. No. 37]. As the motion is unopposed and because the Court finds the claims meritorious, the Court hereby **GRANTS** the Defendants' Motion to Dismiss [Dkt. No. 31].

It is therefore **ORDERED** that the following claims asserted by Plaintiff against the individually named Defendants are hereby **DISMISSED**:

1) Plaintiff's cause of action pursuant to Title VII of the Civil Rights Act of 1964, as amended;

2) Plaintiff's cause of action brought under Chapter 554, Texas Gov't Code ("Texas Whistleblower Act"); and

3) Plaintiff's cause of action for legal and equitable relief under the Texas Constitution, Art. I, § 6.

This Order does not affect the pendency of these claims against the governing body itself.

DONE at Brownsville, Texas, this 30th day of January 2002.

Hilda G. Tagle
United States District Judge