40

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF BROWNSVILLE, TEXAS | § | CAUSE NO. B-00-169 |
| & CITY COMMISSIONERS | § | |
| ERNIE HERNANDEZ, CARLTON "BUD" | § | |
| RICHARDS, & HARRY MCNAIR, | § | |
| Individually & Officially | § | |
|     Defendants | § | |

### CITY DEFENDANTS' MOTION FOR LEAVE TO FILE
### OUT OF TIME DISPOSITIVE MOTION

---

NOW COMES the CITY OF BROWNSVILLE, TEXAS, and COMMISSIONERS HERNANDEZ, RICHARDS, & MCNAIR, individually and officially (hereafter "CITY DEFENDANTS") and file this motion for leave to file an out of time dispositive motion with regard to Plaintiff's Chapter 554, Tex. Gov't Code Whistleblower Act cause of action.

The Scheduling Order in this cause, dated March 13, 2001, set a deadline for filing dispositive motions of February 1, 2002. However, the parties filed a Joint Motion on January 11, 2002 requesting that the Court extend certain deadlines related to discovery and or dispositive motions for a period of between 80-90 days. *See* Joint Motion to Extend Certain Scheduling Order

Deadlines, filed January 11, 2002. As of the filing of this Motion for Leave, the Court has not ruled on the Joint Motion.

Attached as an exhibit to this Motion for Leave is the CITY DEFENDANTS Motion to Dismiss or for Partial Summary Judgment of Plaintiff's Whistlblower Act Claims. The parties have only recently concluded the deposition discovery of the Plaintiffs and the individually named DEFENDANTS, and the case is now ripe for the filing of certain dispositive motions.

The dispositive motion addresses a pure issue of law based on undisputed facts, and the Courts consideration of the dispositive motion would focus the issues for trial.

### CERTIFICATE OF CONFERENCE

In connection with this Motion for Leave, undersigned counsel telephonically conferred with opposing counsel, Attorney Ed McAninch. Attorney McAnich advises that he is not opposed to this motion and his position continues to be in support of the previously filed Joint Motion to extend certain Scheduling Order Deadlines.

### CONCLUSION

THEREFORE, based on the foregoing reasons, the CITY DEFENDANTS request that the Court grant this motion for leave to file their Motion to Dismiss or for Partial Summary Judgment of Plaintiff's Whistleblower Act claim and cause of action.

CITY DEFENDANTS also request that the Court consider and approve the previously filed Joint Motion to Extend Certain Scheduling Order Deadlines.

Finally, CITY DEFENDANTS request and pray for such further and additional relief to which the Court may find they are entitled.

SIGNED on the 28th day of February 2001.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _Ricardo J. Navarro_
RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by first class U.S. Mail, postage prepaid, unless otherwise indicated, to the persons listed below on the 25th day of February, 2002.

Mr. Ed McAninch                          **CMRRR NO 7001 1940 0007 5864**
LAW OFFICES OF EDWIN L. MCANINCH, P.C.
507 Fall River Road
Houston, Texas 77024-5613
COUNSEL FOR PLAINTIFF

_____
RICARDO NAVARRO