UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS RUBINSTEIN | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF BROWNSVILLE, TEXAS | § | Cause No. B-00-169 |
| & CITY COMMISSIONERS | § | |
| ERNIE HERNANDEZ, CARLTON "BUD" | § | |
| RICHARDS, & HARRY MCNAIR, | § | |
| Individually & Officially | § | |
|     Defendants | § | |

### PLAINTIFF'S STATEMENT OF NO OPPOSITION TO CITY DEFENDANTS' MOTION TO DISMISS OR FOR PARTIAL SUMMARY JUDGMENT

NOW COMES the PLAINTIFF, CARLOS RUBINSTEIN, by and through undersigned counsel of record, and hereby apprizes the Court that PLAINTIFF has reviewed the City Defendants's, Motion to Dismiss or For Partial Summary Judgment Relating to Plaintiff's Statutory Whistleblower Claim, which was filed with the Court on or about February 28, 2002.

After review of this Motion, and the authorities cited therein, PLAINTIFF has ascertained the aforementioned Motion has merit and should be granted.

### CONCLUSION

Therefore, PLAINTIFF, acting through counsel of record, hereby submits this Notice of No Opposition to the Motion to Dismiss or For Partial Summary Judgment Relating to Plaintiff's Statutory

Whistleblower Claim, which was filed on or about February 28, 2002, and has no opposition to said Motion being GRANTED as requested by City Defendants.

SIGNED on the 21st day of March, 2002.

Respectfully submitted,

**LAW OFFICE OF ED McANINCH**
507 Fall River Road
Houston, Texas 77024
713/461-8619 (gen)
713/827-8920 (fax)

By: *Ed McAninch by permission RJN*
ED McANINCH
State Bar No. 13325050
Fed ID No. 4892
COUNSEL FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 21st day of March, 2002.

Ricardo J. Navarro                                        **Hand-Delivered**
DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550

*Ed McAninch by permission RJN*
ED McANINCH