IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Carlos Rubenstein, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-169 |
| City of Brownsville, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 27, 2002, the Court considered Defendants' Motion to Dismiss or for Partial Summary Judgment Relating to Plaintiff's Statutory Whistleblower Claim [Dkt. No. 39] and Plaintiff's Statement of No Opposition [Dkt. No. 41]. After reviewing the Motion and finding it has merit and because Plaintiff is not opposed, the Court hereby **GRANTS** Defendants' Motion.

DONE at Brownsville, Texas, this 27th day of March 2002.

_____
Hilda G. Tagle
United States District Judge