UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

APR 18 2002

Michael N. Milby
Clerk of Court

**CARLOS RUBINSTEIN,**
    Plaintiff

V.

**CITY OF BROWNSVILLE, ERNIE HERNANDEZ, HARRY McNAIR AND CARLTON J. ("BUD") RICHARDS**
    Defendants

DIVISION __Brownsville__
CIVIL ACTION NO. B-00-169

| ADR METHOD: | Mediation | __X__ | Arbitration | _____ |
|---|---|---|---|---|
| | Mini-trial | _____ | Summary Jury Trial | _____ |

TYPE OF CASE: __Wrongful Termination__

1. Please check one of the following:
   The case referred to ADR settled __X__ did not settle __

2. My total fee and expenses were: $ 2,200.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Carlos Rubinstein,
   Plaintiff
   Ed McAninch - Attorney
   LAW OFFICES OF ED McANINCH
   507 Fall River Road
   Houston, Texas 77024
   (713) 223-1000 - Telephone
   (713) 827-8920 - Telefax

   City of Brownsville,
   Ernie Hernandez,
   Harry McNair, and
   Carlton J. ("Bud") Richards,
   Defendants
   Ricardo J. Navarro - Attorney
   DENTON, NAVARRO & BERNAL
   Bank of America Building
   222 E. Van Buren, Suite 405
   Harlingen, Texas 78550
   (956) 421-4904 - Telephone
   (956) 421-3621 - Telefax

Date: __04/17/02__

ADR PROVIDER
Name: _____Alfred T. Denham_____
Signature: _____

SDTX-ADR-5/(Rev 6-15-93)