IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Carlos Rubenstein, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-169 |
| | § | |
| City of Brownsville, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on April 23, 2002, the Court considered the ADR Memorandum to the Clerk of the Court [Dkt. No. 45]. The Court, having been advised by the Mediator, Alfred T. Denham, that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 23rd day of April 2002.

Hilda G. Tagle
United States District Judge